# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

ROBERT L. PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS, AND FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS,

        Petitioners,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL ACTION:
1:26-MC-0177

[PROPOSED] ORDER

---

**[PROPOSED] ORDER GRANTING PETITIONERS' EMERGENCY MOTION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(G)**

Before the Court is Petitioners' Emergency Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g). Upon consideration of the Motion and briefing in support of the Motion, the Court finds that Petitioners have established good cause to grant the motion.

THEREFORE it is hereby ORDERED that the United States shall maintain but shall not access, search, rely on, or review the materials seized on January 28, 2026, from the Office of the Clerk of the Court, 5600 Campbellton Fairburn Road, Union City, GA 30213, as well as any copies thereof.

IT IS FURTHER ORDERED that the United States shall return all original seized materials to Petitioners, as well as any copies thereof, by February _____, 2026 at _____AM/PM.

**IT IS SO ORDERED.**

Entered this _____ day of February 2026.


_____
UNITED STATES DISTRICT JUDGE