Exhibit 2

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: S6D-AT-4180544

On (date) 01/28/26

Item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Che' Alexander - Clerk of Courts

(Street Address) 5600 Campbellton Fairburn Rd.

(City) Fairburn, GA 30213

Description of Item(s): 1. Pallet - 28 Boxes, 2. Pallet - 3 Boxes, 3. Pallet - 40 Boxes, 4. Pallet - 42 Boxes, 5. Pallet - 34 Boxes, 6. Pallet - 35 Boxes, 7. Pallet - 23 Boxes, 8. Pallet - 44 Boxes, 9. Pallet - 35 Boxes, 10. Pallet - 20 Boxes, 11. Pallet - 23 Boxes, 12. Pallet - 24 Boxes, 13. Pallet - 29 Boxes, 14. Pallet - 28 Boxes, 15. Pallet - 22 Boxes, 16. Pallet - 27 Boxes, 17. Pallet - 28 Boxes, 18. Pallet - 34 Boxes, 19. Pallet - 31 Boxes, 20. Mixed Pallet - 17 Boxes, 21. Mixed Pallet - 27 Boxes, 22. Mixed Pallet - 36 Boxes, 23. Pallet - 14 Boxes, 24. Pallet - 11 Boxes, 25 - Box

Received By: _____ (Signature)
Printed Name/Title: SA P.C. Evan

Received From: _____ (Signature)
Printed Name/Title: Che' Alexander Clerk of