EXHIBIT 1

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

EXHIBIT 1

[redacted]

EXHIBIT 1

[redacted]

EXHIBIT 1

[redacted]

EXHIBIT 1

[redacted]