IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. "ROBB" PITTS, ET AL.,
PETITIONERS,

v.

UNITED STATES OF AMERICA,
RESPONDENT.

Civil Action No.

1:26-MI-012-JPB

**NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST
FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

The undersigned Special Attorney to the Attorney General hereby makes his appearance in the above captioned action and notifies the Court of his substitution for Assistant United States Attorney Brian Pearce as counsel for the Respondent the United States of America, in this action.

Please provide the undersigned attorney with all notices, pleadings, and Orders that are to be served in this action.

Respectfully submitted,

/s/ THOMAS C. ALBUS
*Special Attorney to the Attorney General
and United States Attorney for the
Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200