IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS, FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS, AND FULTON COUNTY, GEORGIA<br><br>                Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CIVIL ACTION NO.<br>1:26-MC-000012-JPB |

## PETITIONERS' NOTICE OF INTENT

Pursuant to the Court's Order, Doc. 23, Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration, and Fulton County, Georgia hereby provide notice of their intent to file an amended motion for return of property under Federal Rule of Criminal Procedure 41(g). In the amended motion, Petitioners will reassert the original grounds for relief that were not predicated on the sufficiency of the affidavit and supplement the motion to address the redacted affidavit disclosed earlier today. Unless the Court orders otherwise, Petitioners intend to file the amended motion by February 17, 2026.

1

Respectfully submitted, this 10th day of February, 2026.

/s/ Y. Soo Jo
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, Georgia 30309
Tel.: (404) 612-0246
soo.jo@fultoncountyga.gov

/s/ Kamal Ghali
Kamal Ghali
Georgia Bar No. 805055
Michael C. Duffey
Georgia Bar No. 710738
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mduffey@chaikenghali.com

/s/ Abbe David Lowell
Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

/s/ Stephen Jonas
Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 1580, Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Pro hac vice

*Counsel for Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, and Fulton County, Georgia*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 10th day of February, 2026.

*/s/ Kamal Ghali*
Kamal Ghali
