## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY, GEORGIA; and FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. <br> 1:26-CV-00809-JPB |

### PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT

Petitioners Robert L. "Robb" Pitts, Chairman, Fulton County Board of Commissioners; Fulton County, Georgia; and Fulton County Board of Registration and Elections  ("Petitioners"), by and through the undersigned counsel, respectfully file this Unopposed Motion for Extension of Page Limit for Petitioners' brief in support of their amended motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). Pursuant to Local Rule 7.1, Petitioners seek an extension of the page limit in order to adequately address the nature of the issues involved, including those implicated by the contents of the recently unsealed affidavit in purported support of Respondent's search warrant. Accordingly, Petitioners respectfully request that the Court grant a ten (10) page extension, which would

1

allow Petitioners a total of thirty-five (35) pages for their brief. Respondent has indicated that it does not oppose Petitioners' requested extension. A proposed order granting Petitioners' motion is attached hereto as Exhibit A.

Respectfully submitted, this 13th day of February, 2026.

/s/ Y. Soo Jo
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, Georgia 30309
Tel.: (404) 612-0246
soo.jo@fultoncountyga.gov

/s/ Kamal Ghali
Kamal Ghali
Georgia Bar No. 805055
Michael C. Duffey
Georgia Bar No. 710738
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mduffey@chaikenghali.com

/s/ Abbe David Lowell
Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

/s/ Stephen Jonas
Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 1580, Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Counsel for Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, and Fulton County, Georgia*

*Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 13th day of February, 2026.

*/s/ Michael C. Duffey*
Michael C. Duffey