# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ROBERT L. PITTS, *et al.*,

    Petitioners,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.
1:26-cv-00809-JPB

## MEDIA INTERVENORS'
## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

The Media Intervenors[1], by and through the undersigned counsel and in response to the Court's Order to Show Cause (Dkt. 24), respectfully submit this notice of withdrawal without prejudice of their Motion to Intervene and for Access to Court Records (Dkt. 7) ("Motion"). On February 7, 2026, the Court ordered the unsealing of the docket and the search warrant materials that the Media Intervenors

---

[1] The Media Intervenors in this case are Advance Publications, Inc.; American Broadcasting Companies, Inc. d/b/a ABC News; the Associated Press; Axios Media Inc.; Bloomberg L.P., the publisher of Bloomberg News; Cable News Network, Inc. ("CNN"); Dow Jones & Company, Inc., publisher of *The Wall Street Journal*; the E.W. Scripps Company ("Scripps"); Gray Local Media, Inc., d/b/a WANF; NBCUniversal Media, LLC d/b/a NBC Universal News Group; The New York Times Company; POLITICO LLC; Pro Publica, Inc.; Reuters News & Media Inc.; USA TODAY Co., publisher of the *Augusta Chronicle*, *Athens Banner-Herald*, *Savannah Morning News*, and *USA Today*; and WP Company LLC d/b/a *The Washington Post*.

sought, granting all the relief that the Media Intervenors requested. *See* Dkt. 9. The Media Intervenors hereby withdraw their Motion, without prejudice to future motions for similar relief, should future filings be sealed and/or the need to seek an order for unsealing arise again.

Respectfully submitted, this 13th day of February 2026,

> BALLARD SPAHR LLP
>
> */s/ Jacquelyn N. Schell*
> Jacquelyn N. Schell (Ga. Bar No. 111002)
> 1675 Broadway, 19th Floor
> New York, NY 10019
> Telephone: 646.346.8048
> Facsimile: 212.223.1942
> schellj@ballardspahr.com
>
> Charles D. Tobin
> (admitted *pro hac vice*)
> 1909 K Street NW, 12th Floor
> Washington, DC 20006
> Telephone: 202.661.2218
> Facsimile: 202.661.2299
> tobinc@ballardspahr.com
>
> *Counsel for the Media Intervenors*

# CERTIFICATE OF COMPLIANCE WITH LR 7.1(D), N.D. Ga.

Pursuant to LR 7.1(D), N.D. Ga., the undersigned counsel hereby certifies that this filing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C), specifically, Times New Roman, 14 point font.

Respectfully submitted, this 13th day of February 2026,

/s/ *Jacquelyn N. Schell*
Jacquelyn N. Schell (Ga. Bar 111002)

*Counsel for the Media Intervenors*

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I filed the foregoing Media Intervenors' Notice of Withdrawal Without Prejudice with the Clerk of the Court, using the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

Respectfully submitted, this 13th day of February 2026,

/s/ *Jacquelyn N. Schell*
Jacquelyn N. Schell (Ga. Bar 111002)

*Counsel for the Media Intervenors*