IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, and Fulton County, Georgia,<br><br>*Petitioners*,<br><br>v.<br><br>United States of America,<br><br>*Respondent*. | Case No. 1:26-CV-00809 |

**UNITED STATES OF AMERICA'S
MOTION FOR EXTENSION OF PAGE LIMIT**

1

The United States of America respectfully moves for an extension of the page limit applicable to the United States' opposition to Petitioners' renewed Rule 41(g) motion. Pursuant to Local Rule 7.1, the United States seeks an extension to adequately address the nature of the issues involved and respond to Petitioners' arguments. Petitioners previously sought and obtained a 10-page extension for their motion, for a total of 35 pages. But Petitioners' motion includes only two pages of background (which does not describe the affidavit supporting the search warrant in any detail) and does not meaningfully address certain important issues, such as the Clerk's exclusive control of the records and Petitioners' lack of any cognizable Fourth Amendment rights. The United States thus requests a similar extension of 14 pages, for a total of 39 pages. A proposed order granting this motion is attached as Exhibit A.

        Respectfully submitted,

        STANLEY E. WOODWARD, JR.
        *Associate Attorney General*

        */s/* THOMAS C. ALBUS
        THOMAS C. ALBUS
        *Special Attorney to the Attorney General and United States Attorney for the Eastern District of Missouri*
        Missouri Bar No. 46224
        Thomas Eagleton U.S. Courthouse
        111 S. 10th Street, 20th Floor
        St. Louis, MO 63102
        (314) 539-2200

        A. TYSEN DUVA
        *Assistant Attorney General – Criminal Division*

        R. TRENT MCCOTTER
        *Associate Deputy Attorney General*

        MICHAEL WEISBUCH
        *Senior Counsel to the Associate Attorney General*

        PETER L. COOCH
        *Trial Attorney/Senior Counsel, Criminal Division*

February 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 20th day of February, 2026.

*/s/* THOMAS C. ALBUS
THOMAS C. ALBUS
*Special Attorney to the Attorney General*
*and United States Attorney for the*
*Eastern District of Missouri*
