Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, and Fulton County Board of Registration and Elections,<br><br>*Petitioners*,<br><br>v.<br><br>United States of America,<br><br>*Respondent*. | Case No. 1:26-CV-00809-JPB |

## [PROPOSED] ORDER

This matter is before the Court on Respondent's motion for an extension of page limits. For good cause shown, Respondent's motion is **GRANTED**. It is hereby **ORDERED** that Respondent's brief in opposition to Petitioners' Rule 41(g) motion may include an additional 14 pages beyond the limit set forth in the Court's local rules, for a total of 39 pages.

**SO ORDERED**, this __ day of February, 2026.

_____
**J.P. BOULEE**
United States District Judge

1