IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; and FULTON COUNTY, GEORGIA, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. 1:26-CV-00809-JPB |

## PETITIONERS' MOTION FOR EXTENSION OF PAGE LIMIT

Petitioners Robert L. "Robb" Pitts, Chairman, Fulton County Board of Commissioners; Fulton County Board of Registration and Elections; and Fulton County, Georgia ("Petitioners"), by and through the undersigned counsel, respectfully file this Motion for Extension of Page Limit for Petitioners' reply in support of their amended motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). Pursuant to Local Rule 7.1, Petitioners seek an extension of the page limit to adequately address Respondent's opposition to Petitioners' motion (Doc. 32). *See* LR 7.1(D); *see also* Standing Order on Civil Litigation (Doc. 5) at 12. An extension of the page limit would also allow Petitioners to meaningfully

1

address the complex issues involved in this action, including additional issues that Respondent raised in its opposition.

Accordingly, Petitioners respectfully request that the Court grant a fifteen (15) page extension, which would allow Petitioners a total of thirty (30) pages for their brief. A proposed order granting Petitioners' motion is attached hereto as Exhibit A.

Respectfully submitted, this 21st day of February, 2026.

| | |
|---|---|
| */s/ Y. Soo Jo* | */s/ Kamal Ghali* |
| Y. Soo Jo | Kamal Ghali |
| Georgia Bar No. 385817 | Georgia Bar No. 805055 |
| OFFICE OF THE FULTON COUNTY ATTORNEY | Michael C. Duffey |
| | Georgia Bar No. 710738 |
| 141 Pryor St. SW, Suite 4038 | CHAIKEN GHALI LLP |
| Atlanta, Georgia 30309 | One Atlantic Center |
| Tel.: (404) 612-0246 | 1201 W. Peachtree St. NW, Suite 2300 |
| soo.jo@fultoncountyga.gov | Atlanta, Georgia 30309 |
| | Tel.: (404) 795-5005 |
| | kghali@chaikenghali.com |
| | mduffey@chaikenghali.com |
| | |
| */s/ Abbe David Lowell* | */s/ Stephen Jonas* |
| Abbe David Lowell* | Stephen Jonas* |
| John Bolen* | Norman Eisen* |
| LOWELL & ASSOCIATES, PLLC | DEMOCRACY DEFENDERS FUND |
| 1250 H Street NW | 600 Pennsylvania Avenue SE |
| Washington, D.C. 20005 | Suite 1580, Washington, D.C. 20003 |
| Tel.: (202)-964-6110 | Tel.: (202) 594-9958 |
| jbolen@lowellandassociates.com | steve@democracydefenders.org |
| alowellpublicoutreach@lowellandassociates.com | norman@democracydefenders.org |
| | |
| | *Counsel for Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners; Fulton County Board* |

*of Registration and Elections; and
Fulton County, Georgia*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 21st day of February, 2026.

*/s/ Michael C. Duffey*
Michael C. Duffey
