IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CIVIL ACTION NO. <br> 1:26-CV-00809-JPB |

**JOURNALIST JUSTIN GLAWE'S CONFERRAL REPORT**

On February 18, 2026, this Court ordered the parties to confer by 5 p.m. on February 23 regarding Journalist Justin Glawe's Motion to Intervene and to Unseal Court Records (the "Motion"). The Court further requested that the parties submit a proposed order covering areas of agreement and a list of areas of disagreement, if any.

The parties completed their conferrals on Monday, February 23, and the undersigned counsel has prepared the below chart to reflect the parties' positions regarding categories of records of which Mr. Glawe is currently aware and that fall within the scope of the Motion. At this time, Mr. Glawe cannot be certain that this list is complete because he has not seen most of the records in the underlying cases, including the dockets; those records, if disclosed, or further litigation between the parties in this matter could reveal the existence of other non-public

records covered by Mr. Glawe's Motion. To reiterate, Mr. Glawe seeks public disclosure of all judicial records related to the search warrant issued on January 28, 2026.[1]

| Document Category | Fulton Parties' Position | United States's Position |
|---|---|---|
| The docket sheets in Case Nos. 1:26-MC-0158 and 1:26-MC-0177 | No objection | No objection |
| Warrant return in Case No. 1:26-MC-0177 | No objection | No objection |
| Communications between U.S. attorneys and the Court regarding the warrant applications in Case Nos. 1:26-MC-0158 and 1:26-MC-0177 | No objection | Oppose |
| The United States's motions to seal or otherwise restrict public access to records in Case Nos. 1:26-MC-0158 and 1:26-MC-0177 | No objection | No objection |

---

[1] Certain of the records encompassed by the Motion, such as the underlying dockets, are sealed and would need to be unsealed in order to provide public access. However, certain other records may not have been formally sealed and are merely inaccessible to the public. Those records would need to be put in the public record, whether through public docket notations, supplemental docket entries, or disclosure to Mr. Glawe directly. Because any motions to seal or seal orders in the underlying warrant actions are not publicly available, Mr. Glawe cannot determine with certainty which records are sealed and which are merely inaccessible. Mr. Glawe seeks access to the records at issue via whichever procedural mechanism is most appropriate, depending on their status.

| Any judicial orders granting the United States's motions to seal or otherwise restrict access to records in Case Nos. 1:26-MC-0158 and 1:26-MC-0177 | No objection | No objection |
|---|---|---|
| Unredacted copies of the warrant application affidavits in Case Nos. 1:26-MC-0158 and 1:26-MC-0177 | No objection | Oppose |
| Mr. Glawe's original motion [ECF No. 6] and the motion filed by the media movants [ECF No. 7] | No objection | No objection |

As requested by the Court, a proposed order is attached hereto addressing disclosure of the documents as to which the parties have no dispute.

Respectfully submitted, this 24th day of February, 2026.

        */s/ Meredith C. Kincaid*
        CROSS KINCAID BASKAM LLC
        Meredith C. Kincaid
        Georgia Bar No. 148549
        315 W. Ponce de Leon Ave., Ste 715
        Decatur, Georgia 30030
        (404) 948-3022
        meredith@crosskincaid.com

        */s/ Sarah Brewerton-Palmer*
        Sarah Brewerton-Palmer
        Georgia Bar No. 589898
        Erin Morrissey Victoria
        Georgia Bar No. 285342
        Alan M. Long
        Georgia Bar No. 367326
        CAPLAN COBB LLC

75 14th Street NE, Suite 2700
Atlanta, Georgia 30309
(404) 596-5600
spalmer@caplancobb.com
evictoria@caplancobb.com
along@caplancobb.com

*Counsel for Justin Glawe*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this pleading complies with the Local Rules of this Court, including Local Rules 5.1(C) and 7.1(D) (N.D. Ga.), in that it is double-spaced and composed in 14-point, Times New Roman font.

This 24th day of February, 2026.

*/s/ Sarah Brewerton-Palmer*
Sarah Brewerton-Palmer
Georgia Bar No. 589898

*Counsel for Justin Glawe*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this day, caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 24th day of February, 2026.

                                        */s/ Sarah Brewerton-Palmer*
                                        Sarah Brewerton-Palmer
                                        Georgia Bar No. 589898

                                        *Counsel for Justin Glawe*