IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; FULTON COUNTY, GEORGIA and CHE ALEXANDER, CLERK OF COURT, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. 1:26-CV-00809-JPB |

## MOTION TO ALLOW TECHNOLOGY IN COURTROOM

Pursuant to Northern District of Georgia Local Rule 83.4 and Judge Boulee's Standing Order, Section t., "Courtroom Technology and Security," Petitioners hereby move the Court for an order allowing the below identified members of Petitioners' counsel team to bring electronic equipment to Courtroom 1908, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303 for the duration of the evidentiary hearing on Friday, February 27, 2026.

Specifically, the below individuals request that the Court allow them to bring smartphones, laptop computers, electronic flash drives, Wi-Fi hotspots, all

associated cables and charging cords, computer monitors, and office supplies into the Courtroom for the duration of the hearing to promote an efficient presentation to the Court:

- Y. Soo Jo
- Kamal Ghali
- Michael C. Duffey
- Abbe David Lowell
- John P. Bolen
- Stephen Jonas
- Norman Eisen

A proposed order granting Petitioners' motion is attached hereto as Exhibit A.

Respectfully submitted, this 24th day of February, 2026.

| | |
|---|---|
| /s/ Y. Soo Jo | /s/ Kamal Ghali |
| Y. Soo Jo | Kamal Ghali |
| Georgia Bar No. 385817 | Georgia Bar No. 805055 |
| OFFICE OF THE FULTON COUNTY ATTORNEY | Michael C. Duffey |
| | Georgia Bar No. 710738 |
| 141 Pryor St. SW, Suite 4038 | CHAIKEN GHALI LLP |
| Atlanta, Georgia 30303 | One Atlantic Center |
| Tel.: (404) 612-0246 | 1201 W. Peachtree St. NW, Suite 2300 |
| soo.jo@fultoncountyga.gov | Atlanta, Georgia 30309 |
| | Tel.: (404) 795-5005 |
| | kghali@chaikenghali.com |
| | mduffey@chaikenghali.com |

*/s/ Abbe David Lowell*
Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

*/s/ Stephen Jonas*
Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 1580, Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Counsel for Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners; Fulton County Board of Registration and Elections; Fulton County, Georgia; and Che Alexander, Clerk of Court*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 24th day of February, 2026.

*/s/ Michael C. Duffey*
Michael C. Duffey