IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CIVIL ACTION NO. <br> 1:26-CV-00809-JPB |

# ORDER

This case is before the Court on Justin Glawe's Motion to Intervene [Dkt. 6] and Response to the Court's Order to Show Cause [Dkt. 31]. On February 18, 2026, the Court ordered the parties to confer on the matters raised in Mr. Glawe's filings, which seek to unseal documents related to the warrant executed on January 28, 2026, at the Fulton County Election Hub and Operations Center. The parties have now notified the Court that Petitioners and Respondent do not oppose the unsealing of several categories of records.

Given the parties' positions, the United States is **DIRECTED** to file on the public docket in Case No. 1:26-cv-809, within two days of the date of this Order:

(1) The docket sheets from Case Nos. 1:26-MC-0158 and 1:26-MC-0177.

(2) The warrant return in Case No. 1:26-MC-0177.

(3) The United States's motions to seal in Case Nos. 1:26-MC-0158 and 1:26-MC-0177.

(4) The orders granting the United States's motions to seal in Case Nos. 1:26-MC-0158 and 1:26-MC-0177.

Further, the Clerk is **DIRECTED** to unseal the following records in Case No. 1:26-CV-00809-JPB: (i) Mr. Glawe's original motion [Dkt. 6] and (ii) the motion filed by various media entities [Dkt. 7].

**SO ORDERED** this 25th day of February, 2026

*/s/ J.P. Boulee*
**J. P. BOULEE**
United States District Judge