# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, and Fulton County, Georgia,<br><br>*Petitioners*,<br><br>v.<br><br>United States of America,<br><br>*Respondent*. | Case No. 1:26-CV-00809 |

## UNITED STATES OF AMERICA'S NOTICE OF FILING

On February 25, 2026, the Court ordered the United States to file on this docket:

(1) The docket sheets from Case Nos. 1:26-MC-0158 and 1:26-MC-0177.

(2) The warrant return in Case No. 1:26-MC-0177.

(3) The United States's motions to seal in Case Nos. 1:26-MC-0158 and 1:26-MC-0177.

(4) The orders granting the United States's motions to seal in Case Nos. 1:26-MC-0158 and 1:26-MC-0177.

Those documents are attached to this Notice.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

/s/ THOMAS C. ALBUS
THOMAS C. ALBUS
*Special Attorney to the Attorney General and United States Attorney for the Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

A. TYSEN DUVA
*Assistant Attorney General – Criminal Division*

R. TRENT MCCOTTER
*Associate Deputy Attorney General*

MICHAEL WEISBUCH
*Senior Counsel to the Associate Attorney General*

PETER L. COOCH
*Trial Attorney/Senior Counsel, Criminal Division*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/ THOMAS C. ALBUS
THOMAS C. ALBUS
*Special Attorney to the Attorney General*
*and United States Attorney for the*
*Eastern District of Missouri*