CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:26-mc-00158-CMS *SEALED*

| | |
|---|---|
| In the Matter of the Search of The Premises Located at 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213<br>Assigned to: Magistrate Judge Catherine M. Salinas<br>Cause: No cause code entered | Date Filed: 01/28/2026<br>Date Terminated: 01/28/2026 |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Thomas Christian Albus**<br>DOJ-USAO<br>111 S. 10th Street<br>St. Louis, MO 63102<br>314-539-2200<br>Email: thomas.albus@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**The Premises Located at 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2026 | 1 | APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT. SEARCH WARRANT issued by Magistrate Judge Catherine M. Salinas on 1/28/2026. (Attachments: # 1 Search Warrant) (rlh) (Entered: 02/23/2026) |
| 01/28/2026 | 2 | MOTION to Seal Search Warrant and Related Materials by USA. (rlh) (Entered: 02/23/2026) |
| 01/28/2026 | 3 | ORDER granting 2 Motion to Seal. Signed by Magistrate Judge Catherine M. Salinas on 1/28/26. (rlh) (Entered: 02/23/2026) |
| 01/28/2026 | | Civil (MC) Case Terminated. (rlh) (Entered: 02/23/2026) |

CLOSED,SUBMMG

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:26-mc-00177-CMS *SEALED*

| | |
|---|---|
| In the Matter of the Search of The Office of the Clerk of Court, 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213<br>Assigned to: Magistrate Judge Catherine M. Salinas<br>Cause: No cause code entered | Date Filed: 01/28/2026<br>Date Terminated: 01/28/2026 |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brian M. Pearce**<br>Office of the United States Attorney-ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404-581-6081<br>Email: brian.pearce@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**The Office of the Clerk of Court, 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213**

**Movant**

| | | |
|---|---|---|
| **Sarah E. Thompson** | represented by | **Sarah E. Thompson**<br>150 Timber Cove<br>Statesboro, GA 30461<br>856-866-6881<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| **Edward T. Metz** | represented by | **Edward T. Metz**<br>6231 Dodgen Rd SW<br>Mableton, GA 30126<br>404-831-9288<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| **Robert L. Pitts**<br>*Chairman of the Fulton County Board of Commissioners* | represented by | **Y. Soo Jo**<br>Office of the Fulton County Attorney<br>141 Pryor Street, SW<br>Suite 4038<br>Atlanta, GA 30303 |

|   |   | 404-612-0235<br>Email: soo.jo@fultoncountyga.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

| **Fulton County Board of Registration and Elections** | represented by | **Y. Soo Jo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2026 | 1 | APPLICATION & Affidavit for Search Warrant. WARRANT issued as to The Office of the Clerk of Court, 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213. Signed by Magistrate Judge Catherine M. Salinas on 1/28/2026. (Attachments: # 1 Warrant) (rsg) (Entered: 01/29/2026) |
| 01/28/2026 | 2 | MOTION To Seal Search Warrant And Related Materials by USA. (rsg) (Entered: 01/29/2026) |
| 01/28/2026 | 3 | SEARCH WARRANT SEALING ORDER granting 2 MOTION To Seal Search Warrant And Related Materials. Signed by Magistrate Judge Catherine M. Salinas on 1/28/2026. (rsg) Modified text on 1/29/2026 (rsg). (Entered: 01/29/2026) |
| 01/28/2026 |   | Civil Case Terminated. (rsg) (Entered: 01/29/2026) |
| 02/02/2026 | 4 | Emergency MOTION to Recognize Crime and Fraud upon the Court Involving Unlawful Search and Seizure of State Property and Records Not Produced per Article I Constitutional Prescriptions for Federal Elections by Edward T. Metz, Sarah E. Thompson. (bgt) (Entered: 02/02/2026) |
| 02/04/2026 | 5 | Emergency MOTION for Return of Property Pursuant to Federal Rule Criminal Procedure 41(g)by Fulton County Board of Registration and Elections, Robert L. Pitts. (Attachments: # 1 REDACTED-MEMO ISO EMERGENCY RULE 41G MOTION, # 2 UNDER SEAL-MEMO ISO EMERGENCY RULE 41G MOTION, # 3 PROPOSED ORDER GRANTING EMERGENCY RULE 41G MOTION)(rlh) (Additional attachment(s) added on 2/4/2026: # 4 REDACTED-EXHIBIT 1, # 5 UNDER SEAL-EXHIBIT 1, # 6 EXHIBIT 2, # 7 EXHIBIT 3) (rlh). (Entered: 02/04/2026) |
| 02/04/2026 | 6 | MOTION to Unseal by Fulton County Board of Registration and Elections, Robert L. Pitts. (Attachments: # 1 Under Seal Motion to Seal, # 2 Redacted Memo in Support, # 3 Under Seal Memo in Support, # 4 Proposed Order, # 5 Redacted Exhibit 1, # 6 Under Seal Exhibit 1, # 7 Exhibit 2)(rlh) (Entered: 02/04/2026) |
| 02/04/2026 | 7 | Emergency MOTION Pursuant to Local Rule 7.2(B) with Brief In Support by Fulton County Board of Registration and Elections, Robert L. Pitts. (Attachments: # 1 Under Seal Emergency Local Rule 7.2B, # 2 Redacted Memo in Support, # 3 Under Seal Memo in Support, # 4 Proposed Order, # 5 Redacted Exhibit 1, # 6 Under Seal Exhibit 1)(rlh) (Additional attachment(s) added on 2/4/2026: # 7 Exhibit 2) (rlh). (Entered: 02/04/2026) |
| 02/04/2026 | 8 | MOTION to Determine Whether Filing Under Seal is Warranted with Brief In Support by Fulton County Board of Registration and Elections, Robert L. Pitts, Fulton CountyBoard of Commissioners. (Attachments: # 1 Under Seal Motion, # 2 Text of Proposed Order)(rlh) (Entered: 02/04/2026) |

| | | |
|---|---|---|
| 02/04/2026 | | Submission of 4 Emergency MOTION to Recognize Crime and Fraud upon the Court Involving Unlawful Search and Seizure of State Property and Records, 5 Emergency MOTION for Return of Property, 6 MOTION to Unseal, 7 Emergency MOTION Pursuant to Local Rule 7.2(B), 8 MOTION to Determine Whether Filing Under Seal is Warranted, to Magistrate Judge Catherine M. Salinas. (rlh) (Entered: 02/04/2026) |
| 02/05/2026 | 9 | ORDER re 4 Emergency motion to recognize crime and fraud upon the Court, 5 Emergency motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g); 6 Motion to unseal the search warrant affidavit; 7 Emergency motion for expedited briefing and consideration; and 8 Motion to determine whether filing the previous motions under seal is warranted. The substantive relief sought by these motions is beyond the scope of matters automatically referred to magistrate judges under Standing Order 14-02. Therefore, the Clerk of Court is DIRECTED to open two new sealed miscellaneous actions and transfer Docket Number 4 to one action and transfer Docket Numbers 5 through 8 to the other action for consideration by a district judge. The Clerk of Court is FURTHER DIRECTED to open a new miscellaneous action for any future motions related to this warrant submitted by new filers. Signed by Magistrate Judge Catherine M. Salinas on 2/5/26. (rlh) (Entered: 02/05/2026) |
| 02/05/2026 | | Clerk's Certificate of Mailing as to Fulton County Board of Registration and Elections, Edward T. Metz, Robert L. Pitts, Sarah E. Thompson, USA re 9 Order. (rlh) (Entered: 02/05/2026) |
| 02/06/2026 | 10 | SEARCH WARRANT Returned Executed on 1/28/2026 as to The Office of the Clerk of Court, 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213. (rsg) (Entered: 02/06/2026) |