FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Jan 28 2026
KEVIN P. WEIMER, Clerk
By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The premises located at 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213 | Criminal Action<br><br>No. 1:26-MC-0158<br><br>Under Seal |

## MOTION TO SEAL SEARCH WARRANT AND RELATED MATERIALS

The United States of America, by its counsel, Theodore S. Hertzberg, United States Attorney for the Northern District of Georgia, and Brian M. Pearce, Assistant United States Attorney, on behalf of the Thomas C. Albus, United States Attorney for the Eastern District of Missouri and Attorney for the Government appointed to act in this matter pursuant to 28 U.S.C. § 515, respectfully requests that the above-captioned search warrant, search warrant application and affidavit (and any attachments thereto), and motion and order to seal, be sealed.

In support of its motion, the United States submits as follows:

The instant search warrant is sought in connection with an active federal criminal investigation being conducted by the Atlanta Field Office of the Federal Bureau of Investigation and the United States Attorney's Office for the Eastern District of Missouri. Based on the status and nature of the investigation, the Attorney for the Government believes that disclosing the search warrant pleadings may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

WHEREFORE, the United States respectfully requests that the Court issue an order that the above-captioned search warrant, search warrant application and affidavit (and any attachments thereto), motion to seal and order be filed under seal until further order of this Court.

Dated: January 28, 2026

                                                  THEODORE S. HERTZBERG
                                                       *United States Attorney*

                                /s/BRIAN M. PEARCE
                                       *Assistant United States Attorney*
                                     Georgia Bar No. 568768

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Jan 28 2026
KEVIN P. WEIMER , Clerk
By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT 5600 CAMPBELLTON FAIRBURN ROAD, FAIRBURN, GEORGIA 30213 | Criminal Action<br><br>No. 1:26-MC-0158<br><br>Under Seal |

## SEARCH WARRANT SEALING ORDER

Having read and considered the Government's Motion to Seal Search Warrant and Related Materials, and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned search warrant, search warrant application and affidavit (and any attachments thereto), and motion and Order to seal, be SEALED.

SO ORDERED, this __28th__ day of JANUARY 2026.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Prepared by:
Brian M. Pearce
Assistant United States Attorney