Exhibit A

# CHAIKEN GHALI LLP

ONE ATLANTIC CENTER
1201 W. PEACHTREE STREET, SUITE 2300
ATLANTA, GA 30309

**Kamal Ghali**
404.795.5005
kghali@chaikenghali.com

Atlanta
Los Angeles
San Francisco

February 23, 2026

**VIA E-MAIL**
Trent McCotter
Office of the Deputy Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Trent.McCotter@usodj.gov

Re:   *Pitts v. United States*, No. 1:26-CV-00809-JPB (N.D. Ga.)
      **Evidentiary Hearing February 27, 2026**

## REVISED TOUHY REQUEST – DEMAND FOR TESTIMONY

Dear Mr. McCotter,

Petitioners in *Pitts v. United States*, No. 1:26-CV-00809-JPB (N.D. Ga.), submit this revised request for the testimony of Special Agent Hugh Raymond Evans at the evidentiary hearing set for February 27, 2026. Special Agent Evans submitted an affidavit in support of a search warrant application that led to the seizure of records on January 28, 2026. That seizure is the subject of this case and the February 27 evidentiary hearing. The United States is a party to this case and, in accordance with 28 C.F.R. § 16.23(c), Petitioners submit the following summary of the testimony sought.

Special Agent Evans's testimony is necessary to resolve disputed issues of material fact with respect to the validity of the search warrant at issue. As Petitioners have demonstrated in their own submissions, Special Agent Evans omitted numerous pertinent facts in the Affidavit, and the Affidavit is misleading on a number of material points. Special Agent Evans's testimony is therefore necessary for the Court to determine the scope of material omissions and erroneous statements, Special Agent Evans's state of mind with respect to those erroneous statements and omissions, and whether the Affidavit establishes probable cause in light of those erroneous statements and omissions.

Petitioners do not seek and will not request any testimony that would be protected by the relevant substantive law concerning privilege under 28 C.F.R. § 16.26(a)(2), or any privileged information that falls under 28 C.F.R. § 16.26(b)(5).

Sincerely,

KAMAL GHALI
CHAIKEN GHALI LLP

*Counsel for Petitioners*

cc: Michael Weisbuch, Office of the Solicitor General;
Thomas Albus, United States Attorney;
Y. Soo Jo, Office of the Fulton County Attorney;
Abbe David Lowell, Lowell & Associates, PLLC;
John Bolen, Lowell & Associates, PLLC;
Stephen Jonas, Democracy Defenders Fund;
Norman Eisen, Democracy Defenders Fund;
Michael C. Duffey, Chaiken Ghali LLP