# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Robert L. Pitts, Chairman, Fulton
County Board of Commissioners, Fulton
County Board of Registration and
Elections, and Fulton County, Georgia,

        *Petitioners*,

      v.

United States of America,

        *Respondent*.

Case No. 1:26-CV-00809

## UNITED STATES OF AMERICA'S
## MOTION FOR EXTENSION OF PAGE LIMIT

The United States of America respectfully moves for an extension of the page limit applicable to the United States's reply in support of the United States's Motion to Vacate Evidentiary Hearing and Quash Subpoena. Pursuant to Local Rule 7.1, the United States seeks an extension to adequately address the nature of the issues involved and respond to Petitioners' arguments.  Petitioners previously sought and obtained a 10-page extension for their Rule 41(g) motion, for a total of 35 pages, and a 15-page extension for their reply, for a total of 30 pages (plus arguments in a chart, attached as an exhibit). Many of the reasons a hearing is not warranted overlap with issues raised by Petitioners across their latest filings. The United States thus requests an extension of 4 pages, for a total of 19 pages.  A proposed order granting this motion is attached as Exhibit A.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

/s/ THOMAS C. ALBUS
THOMAS C. ALBUS
*Special Attorney to the Attorney General
and United States Attorney for the
Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

A. TYSEN DUVA
*Assistant Attorney General – Criminal
Division*

R. TRENT MCCOTTER
*Associate Deputy Attorney General*

MICHAEL WEISBUCH
*Senior Counsel to the Associate Attorney
General*

PETER L. COOCH
*Trial Attorney/Senior Counsel, Criminal
Division*

February 25, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 25th day of February, 2026.

/s/ THOMAS C. ALBUS
THOMAS C. ALBUS
*Special Attorney to the Attorney General
and United States Attorney for the
Eastern District of Missouri*

3