## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; FULTON COUNTY, GEORGIA and CHE ALEXANDER, CLERK OF COURT, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. 1:26-CV-00809-JPB |

## PETITIONERS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO RESPONDENT'S MOTION TO VACATE EVIDENTIARY HEARING AND QUASH SUBPOENA

Petitioners (a) Robert L. Pitts, Chairman, Fulton County Board of Commissioners, (b) Fulton County Board of Registration and Elections, (c) Fulton County, Georgia, and (d) Che Alexander, Fulton County Clerk of Court respectfully request leave to file a 3-page sur-reply. This Court has discretion to allow a sur-reply wherever it finds a valid reason exists. *See, e.g.*, *Atlanta Fiberglass USA, LLC v. KPI, Co.*, 911 F. Supp. 2d 1247, 1262 (N.D. Ga. 2012) (granting motion for leave to file sur-reply to address new facts raised in reply brief).

Here, Respondent has filed a 19-page reply brief, ostensibly in support of its Motion to Vacate Evidentiary Hearing and Quash Subpoena. Doc. 44. But that "reply" reads as an unauthorized sur-reply in opposition to Petitioners' 41(g) motion. *See id.* at 1–18 (citing Petitioners' 41(g) reply **twenty-one times** and responding to arguments therein). Respondent's "reply" also presents certain issues for the first time, including an attack on Petitioners based on Respondent's prior offers to "discuss" providing a copy of the seized records in exchange for Petitioners' dismissal of this action.

Accordingly, Petitioners respectfully request leave to file a sur-reply to address the newly raised issues in Respondent's reply. Petitioners' proposed sur-reply is attached hereto as Exhibit A.

Respectfully submitted, this 25th day of February, 2026.


[SIGNATURE BLOCK ON NEXT PAGE]

/s/ Y. Soo Jo

Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, Georgia 30303
Tel.: (404) 612-0246
soo.jo@fultoncountyga.gov

/s/ Kamal Ghali

Kamal Ghali
Georgia Bar No. 805055
Michael C. Duffey
Georgia Bar No. 710738
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mduffey@chaikenghali.com

/s/ Abbe David Lowell

Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202) 964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

/s/ Stephen Jonas

Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 1580, Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Counsel for Petitioners Robert L. Pitts,
Chairman, Fulton County
Board of Commissioners; Fulton
County Board of Registration and
Elections; Fulton County, Georgia;
and Che Alexander, Clerk of Court*

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 25th day of February, 2026.

/s/ Michael C. Duffey
Michael C. Duffey