UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; and FULTON COUNTY, GEORGIA,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 1:26-cv-809-JPB |

**BIPARTISAN FORMER JUSTICE DEPARTMENT OFFICIALS'
MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Kurt G. Kastorf
GA Bar No. 315315
KASTORF LAW LLC
1387 Iverson Street NE, Ste. 100
Atlanta, GA 30307
Tel: (202) 999-6303
kurt@kastorflaw.com

Carey R. Dunne*
FREE AND FAIR
LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
Tel: (646) 434-8604
carey@freeandfair.org

*pro hac vice application pending

*Counsel for Amici Curiae*

The bipartisan former Justice Department officials in Appendix A (together, "Amici") respectfully move this Court for leave to file an amicus curiae brief in support of Petitioners. The accompanying brief provides the legal argument and authorities necessary to support this motion. Amici's proposed amicus brief is attached thereto.

Counsel for Amici conferred with counsel for all parties and they consent to this motion.

DATED: February 25, 2026

/s/ Kurt G. Kastorf
Kurt G. Kastorf
GA Bar No. 315315
KASTORF LAW LLC
1387 Iverson Street NE, Ste. 100
Atlanta, GA 30307
Tel: (202) 999-6303
kurt@kastorflaw.com

Carey R. Dunne*
FREE AND FAIR
LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
Tel: (646) 434-8604
carey@freeandfair.org

*pro hac vice application pending

*Counsel for Amici Curiae*

## Appendix A – List of Amici

**Robert J. Cleary**, United States Attorney for the District of New Jersey (1999–2002), Acting United States Attorney for the Southern District of Illinois (2002–2002), First Assistant United States Attorney for the District of New Jersey (1994–1999), and Assistant United States Attorney for the Southern District of New York (1987–1994);

**Deirdre M. Daly**, United States Attorney for the District of Connecticut (2013–2017), First Assistant United States Attorney for the District of Connecticut (2010–2013), Assistant United States Attorney for the Southern District of New York (1985–1997);

**Murray Dickman**, Primary Assistant to the United States Attorney General (1988–1991);

**Stuart M. Gerson**, Acting Attorney General of the United States (1993), Assistant Attorney General for the Civil Division (1989–1993), and Assistant United States Attorney for the District of Columbia (1972–1975);

**Peter Keisler**, Acting United States Attorney General (2007), United States Assistant Attorney General for the Civil Division (2003–2007), and United States Associate Attorney General (2002–2003);

**John S. Martin Jr.,** United States Attorney for the Southern District of New York (1980–1983) and Assistant United States Attorney for the Southern District of New York (1962–1966);

**Stanley Twardy**, United States Attorney for the District of Connecticut (1985–1991);

**Bill Weld**, United States Assistant Attorney General for the Criminal Division (1986–1988) and United States Attorney for the District of Massachusetts (1981–1986).

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record.

                                                */s/ Kurt G. Kastorf*
                                                Kurt G. Kastorf