UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; and FULTON COUNTY, GEORGIA, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Action No. 1:26-cv-809-JPB |

**BRIEF OF BIPARTISAN FORMER JUSTICE DEPARTMENT OFFICIALS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Kurt G. Kastorf
GA Bar No. 315315
KASTORF LAW LLC
1387 Iverson Street NE, Ste. 100
Atlanta, GA 30307
Tel: (202) 999-6303
kurt@kastorflaw.com

Carey R. Dunne*
FREE AND FAIR
LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
Tel: (646) 434-8604
carey@freeandfair.org

*pro hac vice application pending

*Counsel for Amici Curiae*

The bipartisan former Justice Department officials in Appendix A (together, "Amici") respectfully move this Court for leave to file the proposed amicus brief, attached hereto, in support of Petitioners. Counsel for Amici conferred with counsel for all parties and they consent to this motion.

This Court possesses the "inherent authority" to grant leave to file an amicus brief. *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015) (citing *In re Bayshore Ford Trucks Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006)). This Court has recognized that leave to file an amicus brief is appropriate when a proposed amicus has "demonstrated sufficient interest in [the] litigation." *DeJulio v. Georgia*, 127 F. Supp. 2d 1274, 1285 (N.D. Ga. 2001). Amicus status is also granted "where the parties contribute to the court's understanding of the matter in question by proffering timely and useful information." *Pritzker*, 135 F. Supp. 3d at 1288 (internal quotations omitted).

Amici—former high-level Department of Justice officials who served during Republican and Democratic administrations—have substantial experience creating and implementing criminal law enforcement policy within DOJ, and they are acutely aware of DOJ's immense authority. They are also aware that administrations from both parties have long sought to carefully limit the unbridled and unprincipled exercise of that authority, particularly where, as in this case, significant and competing constitutional rights and responsibilities are at stake.

Amici have substantial experience conducting and supervising criminal investigations at DOJ, including the use of search warrants, to ensure that DOJ attorneys and their law enforcement partners adhere to DOJ's mission to support and uphold the Constitution. Amici respectfully submit that the public record in this case strongly suggests that DOJ failed to fulfill its essential role in our justice system when it submitted the Search Warrant for judicial review. Indeed, based on Amici's experience at DOJ, they submit that it is exceedingly unlikely the Search Warrant would have been approved for submission to the magistrate judge in the Departments in which they served. Amici submit the proposed amicus brief to provide the Court with this unique perspective.

For these reasons, this Court should grant Amici's motion for leave to file an amicus brief. The proposed brief, a copy of which is attached as an exhibit, complies with the requirements set forth in Local Rule 5.1 and Local Rule 7.1.

DATED: February 25, 2026

/s/ Kurt G. Kastorf
Kurt G. Kastorf
GA Bar No. 315315
KASTORF LAW LLC
1387 Iverson Street NE, Ste. 100
Atlanta, GA 30307
Tel: (202) 999-6303
kurt@kastorflaw.com

Carey R. Dunne*
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
Tel: (646) 434-8604
carey@freeandfair.org

*pro hac vice application pending

Counsel for Amici Curiae

3

## Appendix A – List of Amici

**Robert J. Cleary**, United States Attorney for the District of New Jersey (1999–2002), Acting United States Attorney for the Southern District of Illinois (2002–2002), First Assistant United States Attorney for the District of New Jersey (1994–1999), and Assistant United States Attorney for the Southern District of New York (1987–1994);

**Deirdre M. Daly**, United States Attorney for the District of Connecticut (2013–2017), First Assistant United States Attorney for the District of Connecticut (2010–2013), Assistant United States Attorney for the Southern District of New York (1985–1997);

**Murray Dickman**, Primary Assistant to the United States Attorney General (1988–1991);

**Stuart M. Gerson**, Acting Attorney General of the United States (1993), Assistant Attorney General for the Civil Division (1989–1993), and Assistant United States Attorney for the District of Columbia (1972–1975);

**Peter Keisler**, Acting United States Attorney General (2007), United States Assistant Attorney General for the Civil Division (2003–2007), and United States Associate Attorney General (2002–2003);

**John S. Martin Jr.,** United States Attorney for the Southern District of New York (1980–1983) and Assistant United States Attorney for the Southern District of New York (1962–1966);

**Stanley Twardy**, United States Attorney for the District of Connecticut (1985–1991);

**Bill Weld**, United States Assistant Attorney General for the Criminal Division (1986–1988) and United States Attorney for the District of Massachusetts (1981–1986).