UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; and FULTON COUNTY, GEORGIA,<br><br>      Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Civil Action No. 1:26-cv-809-JPB |

## ORDER

It appearing to the Court that the proposed brief of the Bipartisan Former Justice Department Officials could contribute to the Court's understanding of the matter in question, the motion for leave to file an amicus brief is **GRANTED**. The Bipartisan Former Justice Department Officials shall file the proposed amicus brief as a separate docket entry as soon as practicable.

This _____ day of _____, 2026.

                                 _____
                                 Hon. J.P. Boulee
                                 United States District Judge