# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:26-cv-00809-JPB
### Pitts et al v. United States of America
### Honorable J. P. Boulee

Minute Sheet for proceedings held via ZOOM on 02/27/2026.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 1:50 P.M.     COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:20                DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEYS PRESENT:
Thomas Albus representing United States of America
Sarah Brewerton-Palmer representing Justin Glawe
Norman Eisen representing Fulton County Board of Registration and Elections
Norman Eisen representing Fulton County, Georgia
Norman Eisen representing Che Alexander
Norman Eisen representing Robert L. Pitts
Kamal Ghali representing Fulton County Board of Registration and Elections
Kamal Ghali representing Fulton County, Georgia
Kamal Ghali representing Che Alexander
Kamal Ghali representing Robert L. Pitts
Cory Isaacson representing Georgia First
Y. Jo representing Fulton County Board of Registration and Elections
Y. Jo representing Fulton County, Georgia
Y. Jo representing Che Alexander
Y. Jo representing Robert L. Pitts
Kurt Kastorf representing Bill Weld
Kurt Kastorf representing Deirdre M. Daly
Kurt Kastorf representing John S Martin J.r
Kurt Kastorf representing Murray Dickman
Kurt Kastorf representing Peter Keisler
Kurt Kastorf representing Robert J. Cleary
Kurt Kastorf representing Stanley Twardy
Kurt Kastorf representing Stuart M. Gerson
Abbe Lowell representing Fulton County Board of Registration and Elections
Abbe Lowell representing Fulton County, Georgia
Abbe Lowell representing Che Alexander
Abbe Lowell representing Robert L. Pitts

|  |  |
|---|---|
|  | Charles Tobin representing Advance Publications, Inc.<br>Charles Tobin representing American Broadcasting Companies, Inc.<br>Charles Tobin representing Axios Media Inc.<br>Charles Tobin representing Bloomberg L.P.<br>Charles Tobin representing Bloomberg News<br>Charles Tobin representing CNN<br>Charles Tobin representing Cable News Network, Inc.<br>Charles Tobin representing Dow Jones & Company, Inc.<br>Charles Tobin representing Gray Local Media, Inc.<br>Charles Tobin representing NBCUniversal Media, LLC<br>Charles Tobin representing POLITICO LLC<br>Charles Tobin representing Pro Publica, Inc.<br>Charles Tobin representing Reuters News & Media Inc.<br>Charles Tobin representing The Associated Press<br>Charles Tobin representing The E.W. Scripps Company<br>Charles Tobin representing The New York Times Company<br>Charles Tobin representing The Wall Street Journal<br>Charles Tobin representing USA TODAY Co.<br>Charles Tobin representing WP Company LLC |
| OTHER(S) PRESENT: | Tysen Duva, Trent McCotter, Michael Weisbuch |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The parties discussed the status of the records during the course of mediation and the timeline for mediation. The conference was transcribed, and copies of the transcript can be purchased via contacting the court reporter at penny_coudriet@gand.uscourts.gov. |
| HEARING STATUS: | Hearing Concluded |