UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CIVIL ACTION NO. <br> 1:26-CV-00809-JPB |

## **ORDER**

On February 25, 2026, this Court ordered the parties to mediation and directed the parties to meet and confer regarding the selection of the mediator. [Doc. 49, p. 4]. The Court informed the parties that if they could not agree on the mediator, the Court would appoint one. Id. On March 4, 2026, the parties notified the Court that while they were able to agree to two different mediators, neither mediator was available to serve. The parties thus asked the Court to appoint a mediator. The Court **HEREBY APPOINTS** Harold Melton, former Chief Justice of the Supreme Court of Georgia, to mediate this dispute. The parties shall equally

divide the mediation fee.  The parties must notify the Court as to the outcome of the mediation no later than March 18, 2026.

**SO ORDERED** this 4th day of March, 2026.

_____
J. P. BOULEE
United States District Judge