# Exhibit A

On Feb 13, 2026, at 9:28 AM, Albus, Thomas (USAMOE) < ███████████████ > wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I can't imagine that will be an issue and will give you a firm answer as soon as I can

**From:** Kamal Ghali < ███████████████ >
**Sent:** Friday, February 13, 2026 5:50 AM
**To:** Albus, Thomas (USAMOE) < ███████████████ >
**Cc:** Jo Soo < ███████████ >; Abbe David Lowell < ███████████████ >; Norman Eisen < ███████████████ >; Steve Jonas < ███████████ >; Michael Duffey < ███████████ >; Jack Bolen < ███████████ >
**Subject:** [EXTERNAL] Re: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

Thanks, Tom. Following up on our other email from yesterday, can you please confirm that Special Agent Evans will be present at the 2/27 hearing and that you'll make him available to testify?

Kamal Ghali
Partner