# Exhibit B

**From:** McCotter, Trent (ODAG) < ████████████████ >
**Sent:** Tuesday, February 17, 2026 6:56 PM
**To:** Kamal Ghali < ████████████████ >; Albus, Thomas (USAMOE) < ████████████ >
**Cc:** Weisbuch, Michael (OASG) < ████████████████ >; Abbe David Lowell < ████████████████ >; Norman
Eisen < ████████████████ >; Soo Jo < ████████████████ >; Michael Duffey < ████████████████ >
Steve Jonas < ████████████████ >; Jack Bolen < ████████ >
**Subject:** RE: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

Yes, we will require a Touhy request.

---

**From:** McCotter, Trent (ODAG)
**Sent:** Tuesday, February 17, 2026 10:23 AM
**To:** Kamal Ghali < ████████████ >; Albus, Thomas (USAMOE) < ████████████ >
**Cc:** Weisbuch, Michael (OASG) < ████████████████ >; Abbe David Lowell < ████████████████ >; Norman
Eisen < ████████████████ >; Soo Jo < ████████████████ >; Michael Duffey < ████████████ >;
Steve Jonas < ████████████████ >; Jack Bolen < ████████████ >
**Subject:** RE: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

We will discuss internally and get back to you.

---

**From:** Kamal Ghali < ████████████ >
**Sent:** Monday, February 16, 2026 10:03 PM
**To:** Albus, Thomas (USAMOE) < ████████████ >
**Cc:** McCotter, Trent (ODAG) < ████████████ >; Weisbuch, Michael (OASG) < ████████████████ >; Abbe David
Lowell < ████████████ >; Norman Eisen < ████████████ >; Soo Jo
< ████████████ >; Michael Duffey < ████████████████ >; Steve Jonas < ████████████████ >; Jack
Bolen < ████████████ >
**Subject:** [EXTERNAL] RE: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

Tom, Trent, and Michael,

Per the Court's order, we need to pin which witnesses each side will be calling. Please confirm that SA Evans will be present and available to testify without out the need for formal service. If you insist on formal service, please confirm whether you will accept it on his behalf. Given that he is a key witness, please also let us know whether you believe that a formal Touhy request is required.

KG

Kamal Ghali
Partner

**From:** Kamal Ghali
**Sent:** Sunday, February 15, 2026 11:50 AM
**To:** Thomas Albus <█████████████████████>
**Cc:** Trent McCotter <████████████████████>; Michael Weisbuch <███████████████████████>; Abbe David Lowell <████████████████████████>; Norman Eisen <███████████████████████████>; Soo Jo <████████████████████████████>; Michael Duffey <███████████████████████>; Steve Jonas <███████████████████████>; Jack Bolen <██████████████████████████>
**Subject:** Re: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

Thank you for the introduction, Tom.

Pleasure to meet you both.

I've copied co-counsel. We'll stand by for confirmation regarding the agent's availability to testify.

KG

**Kamal Ghali**
Partner

████████████████████████ | Atlanta, GA 30309
████████████████████████

On Feb 15, 2026, at 11:41 AM, Albus, Thomas (USAMOE) <████████████████████████> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Kamal-

Let me introduce you to Trent McCotter and Michael Weisbuch.

This litigation will be staffed through main justice.

I passed along your request about the sw affiant and they will be in touch on that and other such matters.

Thanks much,

Tom