# Exhibit C



**From:** McCotter, Trent (ODAG) <​███████████████>
**Sent:** Wednesday, February 18, 2026 ████ PM
**To:** Kamal Ghali <​███████████████>
**Cc:** Albus, Thomas (USAMOE) <​███████████████>; Weisbuch, Michael (OASG) <​███████████████>; Abbe David Lowell <​███████████████>; Norman Eisen <​███████████████>; Jo Soo <​███████████████>; Michael Duffey <​███████████████>; Steve Jonas <​███████████████>; Jack Bolen <​███████████████>
**Subject:** RE: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Our Touhy expert informs me that a subpoena (rather than attorney letter) is necessary to trigger a Touhy review here, so you should send one to this group for that purpose. To be clear, this submission doesn't count as us accepting service (we will resolve that issue later if necessary)—rather, it is needed to initiate the Touhy review.

---

**From:** Kamal Ghali <​███████████████>
**Sent:** Tuesday, February 17, 2026 9:45 PM
**To:** McCotter, Trent (ODAG) <​███████████████>
**Cc:** Albus, Thomas (USAMOE) <​███████████████>; Weisbuch, Michael (OASG) <​███████████████>; Abbe David Lowell <​███████████████>; Norman Eisen <​███████████████>; Jo Soo <​███████████████>; Michael Duffey <​███████████████>; Steve Jonas <​███████████████>; Jack Bolen <​███████████████>
**Subject:** [EXTERNAL] Re: 1:26-mi-00012-JPB Pitts, et al. v. United States of America

Dear Trent,

Please see the attached Touhy request for SA Evans's testimony. Please advise by close of business tomorrow as to whether a subpoena is also necessary, and if so, whether you will accept service.

KG

Kamal Ghali
Partner