IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, ET AL.,<br>PETITIONERS,<br><br>*v.*<br><br>UNITED STATES OF AMERICA,<br>RESPONDENT. | Civil Action No.<br><br>1:26-CV-809-JPB |

## **NOTICE OF ENTRY OF APPEARANCE**

Senior Counsel Peter L. Cooch of the Department of Justice, Criminal Division herein files notice of his appearance in the above-styled case, and respectfully requests that he be entered as attorney of record for the Respondent United States of America.

Respectfully submitted,

A. TYSEN DUVA
*Assistant Attorney General*

/s/ Peter L. Cooch
*Senior Counsel*
Maryland Bar No. 1312170174
Peter.cooch@usdoj.gov
950 Pennsylvania Ave. NW
Washington DC 20530
(202) 924-6259

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C) for documents prepared by computer.

/s/<u>Peter L. Cooch</u>
Peter L. Cooch
*Senior Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

March 23, 2026

/s/ PETER L. COOCH
PETER L. COOCH
*Senior Counsel*