UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. "ROBB" PITTS, et al.,

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

CIVIL ACTION NO.
1:26-CV-00809-JPB

---

NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE, et al.,

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

CIVIL ACTION NO.
1:26-CV-01205-JPB

**<u>ORDER</u>**

The matters identified above are scheduled for a hearing on March 27, 2026, at 9:00 AM.  Specifically, in <u>Pitts v. United States of America</u>, the Court will hold an evidentiary hearing on Petitioners' Amended Motion for Return of Property.

Each side shall have 2.5 hours.  The parties may use this time in any manner they would like (i.e., arguments, direct examination and cross-examination).

Immediately following the conclusion of the evidentiary hearing in <u>Pitts</u>, the Court will hold oral argument on Justin Glawe's Motion to Intervene and the Motion to Dismiss filed by the United States in <u>National Association for the Advancement of Colored People v. United States</u>.  The oral argument for each motion shall be thirty minutes, with each side having fifteen minutes to present their arguments.

**SO ORDERED** this 24th day of March, 2026.

_____
J. P. BOULEE
United States District Judge