# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; FULTON COUNTY, GEORGIA and CHE ALEXANDER, CLERK OF COURT,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 1:26-CV-00809-JPB |

## [PROPOSED] ORDER GRANTING MOTION TO ALLOW TECHNOLOGY IN COURTROOM

The Court **GRANTS** Petitioners' Motion to Allow Technology in the Courtroom.  The Court hereby **PERMITS** the following members of Petitioners' counsel team to bring smartphones, laptop computers, electronic flash drives, Wi-Fi hotspots, all associated cables and charging cords, computer monitors, and office supplies into the courtroom for the duration of the hearing in the above case on Friday, March 27, 2026:

- Y. Soo Jo
- Kamal Ghali
- Michael C. Duffey
- Abbe David Lowell
- John P. Bolen

- Stephen Jonas
- Norman Eisen

**SO ORDERED**, this __ day of March, 2026.

_____
**J. P. BOULEE**
United States District Judge