UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. PITTS, et al.,

    Petitioners,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.
1:26-CV-00809-JPB

## **ORDER**

Petitioners' Motion to Allow Technology in the Courtroom [Doc. 62] is

**GRANTED**.  The Court hereby **ORDERS** that the following members of

Petitioners' counsel team may each bring smartphones, laptop computers,

electronic flash drives, Wi-Fi hotspots, all associated cables and charging cords,

computer monitors and office supplies into courtroom 1908 for the duration of the

hearing scheduled for Friday, March 27, 2026, at 9:00 AM:

- Y. Soo Jo
- Kamal Ghali
- Michael C. Duffey
- Abbe David Lowell
- John P. Bolen
- Stephen Jonas
- Norman Eisen

Proper identification will be required upon entering the security station on the plaza or lower plaza level. Any equipment shall be subject to inspection by the United States Marshal's Service.  Recording of court proceedings is strictly prohibited.

**SO ORDERED** this 26th day of March, 2026.

J. P. BOULEE
United States District Judge

2