**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Robert L. Pitts, Chairman, Fulton
County Board of Commissioners, Fulton
County Board of Registration and
Elections, and Fulton County, Georgia,

        *Petitioners*,

      v.

United States of America,

        *Respondent*.

Case No. 1:26-CV-00809

**UNITED STATES OF AMERICA'S NOTICE OF FILING**

As agreed during the hearing of March 27, 2026, during the portion of the hearing addressing Justin Glawe's motion to unseal, the United States hereby files copies of the email discussions between the United States and the Magistrate Judge who authorized warrants in this case. The emails are redacted to remove sensitive personal information, and attachments are not included.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

THOMAS C. ALBUS
*Special Attorney to the Attorney General
and United States Attorney for the
Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

A. TYSEN DUVA
*Assistant Attorney General – Criminal
Division*

R. TRENT MCCOTTER
*Associate Deputy Attorney General*

/s/ Michael Weisbuch
MICHAEL WEISBUCH
*Senior Counsel to the Associate Attorney
General*

PETER L. COOCH
*Trial Attorney/Senior Counsel, Criminal
Division*

2

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/ Michael Weisbuch
MICHAEL WEISBUCH