**From:** Dunkel, Jason (USAMOE) ████████████████████
**Sent:** Wednesday, January 28, 2026 8:40 AM
**To:** Catherine Salinas ████████████████████████████
**Cc:** Evans, Hugh Raymond IV (AT) (FBI) ████████████ ; Albus, Thomas (USAMOE) ████████████████
**Subject:** RE: Sealed - 2026.01.28 - app warrant motion order - 1:26-MC-0159-CMS

Thank you.  We will do so.

Sincerely,

Jason

**Jason S. Dunkel**
**Assistant U.S. Attorney**
**Appellate Chief**
U.S. Attorney's Office for the Eastern District of Missouri
111 S. 10th Street, 20th Floor | St. Louis, MO 63102
Office: ████████
Cell: ████████
████████████

**From:** Catherine Salinas < ████████████████████
**Sent:** Wednesday, January 28, 2026 8:37 AM
**To:** Dunkel, Jason (USAMOE) ████████████████ >
**Cc:** Evans, Hugh Raymond IV (AT) (FBI) < ████████████ ; Albus, Thomas (USAMOE) ████████████████
**Subject:** [EXTERNAL] Re: Sealed - 2026.01.28 - app warrant motion order - 1:26-MC-0159-CMS

Please call me at 10 a.m. at ████████████

On Jan 28, 2026, at 9:05 AM, Dunkel, Jason (USAMOE) ████████████████████ wrote:

**CAUTION - EXTERNAL:**

Judge Salinas,

Please see the attached revised warrant packet. We believe this version addresses the points Your Honor raised. The changes are:

1. Addition of "…from the 2020 General Election in Fulton County" to Attachment B, Paragraph 1(c) and 1(d)
2. Replaced "Based on the foregoing" with "If these deficiencies were the result of intentional action…" in Paragraph 84.

The updated packet is attached. We should be available at your convenience between 9:30 and 10:30 eastern time by telephone.

Sincerely,

Jason

**Jason S. Dunkel**
Assistant U.S. Attorney
Appellate Chief
U.S. Attorney's Office for the Eastern District of Missouri
111 S. 10th Street, 20th Floor | St. Louis, MO 63102
Office: ▮
Cell: ▮
▮

---

**From:** Catherine Salinas ▮
**Sent:** Wednesday, January 28, 2026 6:27 AM
**To:** Evans, Hugh Raymond IV (AT) (FBI) ▮ >; Dunkel, Jason (USAMOE) ▮ >; Albus, Thomas (USAMOE) < ▮ >
**Subject:** [EXTERNAL] RE: Sealed - 2026.01.28 - app warrant motion order - 1:26-MC-0159-CMS

Thanks Ray. ▮ Please submit the revised packet (don't forget to sign first!) to the duty inbox and in your cover email, let me know what time works for you guys to swear it out. I'm wide open today after around 9:30 eastern time. CMS

---

**From:** Hugh Evans ▮
**Sent:** Wednesday, January 28, 2026 7:25 AM
**To:** Catherine Salinas < ▮ >; jason.dunkel_usdoj.gov ▮ ; ▮
**Subject:** Re: Sealed - 2026.01.28 - app warrant motion order - 1:26-MC-0159-CMS

CAUTION - EXTERNAL:

Thank you, your Honor.

It was not intentional and will revise it to clearly limit it to 2020. Paragraph 84 will also be revised as requested.

Thank you,

Ray Evans

---

**From:** Catherine Salinas █████████████████████████████████ >
**Sent:** Wednesday, January 28, 2026 6:50:27 AM
**To:** Dunkel, Jason (USAMOE) ████████████████████████; Evans, Hugh Raymond IV (AT) (FBI) < ███████████ >; Albus, Thomas (USAMOE) < ██████████████████ >
**Subject:** [EXTERNAL EMAIL] - RE: Sealed - 2026.01.28 - app warrant motion order - 1:26-MC-0159-CMS

Good morning.  I'll be available to swear this out later this morning. Two quick issues: (1) For subcategories (c ) and (d) on Attachment B, it's not clear that it's limited to the 2020 election.  Was that intentional or can you revise it to clarify? (2) Paragraph 84 reads as if it is a foregone conclusion that there was an intentional violation of law.  Could that paragraph be revised along the lines of Paragraph 10 which reads "If these deficiencies were the result of intentional action, it would be a violation of federal law…"

CMS

---

**From:** Pearce, Brian (USAGAN) ██████████████████ >
**Sent:** Tuesday, January 27, 2026 9:16 PM
**To:** GANDsm_Duty_MJ < ████████████████ >
**Cc:** ████████████ ████████████████ >; Evans, Hugh Raymond IV (AT) (FBI) < ███████████ >; Albus, Thomas (USAMOE) ██████████████████ >
**Subject:** FW: Sealed - 2026.01.28 - app warrant motion order - 1:26-MC-0159-CMS

CAUTION - EXTERNAL:

Attached please find a search warrant application, warrant and motion to seal/order.

The warrant is being presented by Thomas C. Albus, United States Attorney for the Eastern District of Missouri, who has been appointed a special Attorney for the Government in this matter by the Attorney General pursuant to 28 U.S.C. § 515. USA Albus's best contact information is by cell phone at ██████████
USA Tom Albus is being assisted by AUSA Jason Dunkel of the Eastern District of Missouri. AUSA Dunkel's best contact information is by cell phone at ██
████████

The cell number of the Affiant, FBI Special Agent Hugh "Ray" Evans is ████
████████

This is being submitted after hours on January 27, 2026, but it is not an emergency matter, and we understand it will not be considered before January 28, 2026.

AUSA Pearce has not reviewed the Affidavit or evaluated probable cause, but rather is facilitating transmission for U.S. Attorney Albus pursuant to his duties under 28 U.S.C. § 515. Please direct any questions about the substance of the application to AUSA Dunkel.

AUSA Dunkel and Affiant will be available anytime January 28, 2026, before 2:00 p.m. EST.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

<Sealed-2026.01.28-app warrant motion order - 126mc0158CMS - Updated 2026-01-28-0851.pdf>