**From:** Dunkel, Jason (USAMOE) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Wednesday, January 28, 2026 1:01 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Cc:** Evans, Hugh Raymond IV (AT) (FBI) ▮▮▮▮▮▮▮ ; Albus, Thomas (USAMOE) ▮▮▮▮▮▮▮▮▮▮ >; Pearce, Brian (USAGAN) ▮▮▮▮▮▮▮▮▮▮
**Subject:** Sealed-2026.01.28 - app warrant motion order - 126mc0177CMS

Attached please find a search warrant application, warrant and motion to seal/order.

This is a follow-up warrant from this morning's warrant allowing the search of the premises at 5600 Campbellton Fairburn Road. This affidavit is identical to this morning's affidavit, **except for the addition of paragraph 84,** providing additional information about the inside of the warehouse that was learned this morning that leads us to believe a second warrant is prudent.

The warrant is being presented by Thomas C. Albus, United States Attorney for the Eastern District of Missouri, who has been appointed a special Attorney for the Government in this matter by the Attorney General pursuant to 28 U.S.C. § 515. USA Tom Albus is being assisted by AUSA Jason Dunkel of the Eastern District of Missouri. AUSA Dunkel's best contact information is by cell phone at ▮▮▮▮▮▮▮▮▮

The cell number of the Affiant, FBI Special Agent Hugh "Ray" Evans is ▮▮▮▮▮▮▮▮

The agents are at the premises to be searched. We would appreciate this being treated as an emergency warrant to be considered as soon as possible.

AUSA Pearce has not reviewed the Affidavit or evaluated probable cause, but rather is facilitating transmission for U.S. Attorney Albus pursuant to his duties under 28 U.S.C. § 515. Please direct any questions about the substance of the application to AUSA Dunkel.

AUSA Dunkel and Affiant will be available at the Court's convenience.


**Jason S. Dunkel**
Assistant U.S. Attorney
Appellate Chief
U.S. Attorney's Office for the Eastern District of Missouri
111 S. 10th Street, 20th Floor | St. Louis, MO 63102
Office: ▮▮▮▮▮▮▮
Cell: (▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮