# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:26-cv-00809-JPB
### Pitts et al v. United States of America
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 03/27/2026.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 4:00 P.M.          COURT REPORTER: Penny Coudriet
TIME IN COURT: 6:15                      DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEYS
PRESENT:

John Bolen representing Fulton County Board of Registration and Elections

John Bolen representing Fulton County, Georgia

John Bolen representing Che Alexander

John Bolen representing Robert L. Pitts

Peter Cooch representing United States of America

Michael Duffey representing Fulton County Board of Registration and Elections

Michael Duffey representing Fulton County, Georgia

Michael Duffey representing Che Alexander

Michael Duffey representing Robert L. Pitts

Norman Eisen representing Fulton County Board of Registration and Elections

Norman Eisen representing Fulton County, Georgia

Norman Eisen representing Che Alexander

Norman Eisen representing Robert L. Pitts

Kamal Ghali representing Fulton County Board of Registration and Elections

Kamal Ghali representing Fulton County, Georgia

Kamal Ghali representing Che Alexander

Kamal Ghali representing Robert L. Pitts

Y. Jo representing Fulton County Board of Registration and Elections

Y. Jo representing Fulton County, Georgia

Y. Jo representing Che Alexander

Y. Jo representing Robert L. Pitts

Meredith Kincaid representing Justin Glawe

Alan Long representing Justin Glawe

Abbe Lowell representing Fulton County Board of Registration and Elections

Abbe Lowell representing Fulton County, Georgia

Abbe Lowell representing Che Alexander
Abbe Lowell representing Robert L. Pitts
Cameron Roberts representing Justin Glawe
Michael Weisbuch representing United States of America

A. Tysen Duva representing United States of America

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing (Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Respondent invoked the Rule of Sequestration. The Court heard argument on Petitioners' Amended Motion for Return of Property [Doc. 30]. Petitioners' witnesses Ryan Macias and Che Alexander testified. The Court denied Petitioners' request to examine Special Agent Evans. The Court then heard argument on Justin Glawe's Motion to Intervene [Doc. 6]. Respondent will provide a status update as to Glawe's motion no later than April 2, 2026. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |