

**U.S. Department of Justice**

Civil Rights Division

*Office of the Assistant Attorney General*

*950 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20530*

October 30, 2025

**Via Electronic Mail**

Fulton County Board of Registration and Elections
Sheri Allen, in her Official Capacity as Chairperson
Douglass Selby, Member
Teresa K. Crawford, Member
Julie Adams, Member
Nadine Williams, in her Official Capacity as Elections Director
5600 Campbellton Fairburn Rd.
Union City, GA 30213

Dear Chairperson Allen, *et al.*:

We write to you as the governing body charged with running elections in Fulton County, Georgia, and maintaining records of those elections in accordance with state and federal election laws. On behalf of the Attorney General of the United States, we request that you present for inspection in its entirety and most original form, all records in your possession responsive to the recent subpoena issued to your office by the State Election Board.

The Civil Rights Division sends this request consistent with its ongoing obligations to ensure all citizens' voting rights have been and are protected in all elections. Title III of the Civil Rights Act of 1960 ("CRA") empowers the Attorney General to request preserved election records. *See* 52 U.S.C. § 20701, *et seq.* Section 303 of the CRA provides, in pertinent part, "Any record or paper required by section 20701 of this title to be retained and preserved shall, upon demand in writing by the Attorney General or his representative directed to the person having custody, possession, or control of such record or paper, be made available for inspection, reproduction, and copying at the principal office of such custodian by the Attorney General or his representative[.]" 52 U.S.C. § 20703.

The purpose of this request is to ascertain Georgia's compliance with various provisions of the National Voter Registration Act and the Help America Vote Act including, without limitation, compliance with provisions relating to election technology and administration standards. 52 U.S.C. §§ 20501-20511, 20901-21145. Courts have examined requests such as these and have concluded that, in the context of voter registration lists, such requests "fit[] comfortably within this legal framework" of federal oversight. *See, e.g.*, Order, *Crook v. S.C. Election Comm.*,

No. 2025-CP-40-06539 (Richland, S.C. Oct., 1, 2025). The State Election Board of your State agreed when, in a July 30, 2025 resolution, it called upon the assistance of the U.S. Department of Justice if necessary for state officials to effect compliance with voting transparency.

Transparency appears to have been frustrated at multiple turns in Georgia. The State Election Board has cited "unexplained anomalies in vote tabulation and storage related to the 2020 election" in a letter to you dated November 7, 2024. The Voting Section of the Civil Rights Division has also been made aware, in correspondence to it on August 1, 2025 from voter transparency advocates, of multiple instances of government obstruction of transparency requests, including high-resolution ballot scans, signature verification documentation, and various metadata requests.

The Civil Rights Division appreciates your prompt attention to this matter within 15 days of today. Compliance with this request includes notifying all individuals or organizations that have access to these responsive records, even if not directly affiliated with your office.

The requested information may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing ("JEFS"). Should further clarification be required, please contact Eric Neff at eric.neff@usdoj.gov. If you have any questions about this request, please do not hesitate to contact us. We anticipate your prompt compliance with this federal statutory demand.

Regards,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

cc:     nadine.williams@fultoncountyga.gov;
        sherri.allen@fultoncountyga.gov;
        Michael.Heekin@fultoncountyga.gov;
        Aaron.Johnson@fultoncountyga.gov;
        Teresa.Crawford@fultoncountyga.gov;
        Julie.Adams@fultoncountyga.gov;
        (Via Electronic Mail)

2