

*Office of the Assistant Attorney General*

**U.S. Department of Justice**

Civil Rights Division

*950 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20530*

November 21, 2025

**<u>Via Electronic Mail</u>**

The Honorable Robert C.I. McBurney
Justice Center Tower
185 Shirley C. Franklin Blvd., SW
Chambers 8855
Atlanta, GA 30303

The Honorable Ché Alexander
Justice Center Tower
185 Shirley C. Franklin Blvd., SW
Atlanta, GA 30303

Dear Judge McBurney and Ms. Alexander:

We write to you as a follow up request to our original letter directed to the Fulton County Board of Registration and Elections ("BRE") on October 30, 2025. In that letter, we requested as follows: "On behalf of the Attorney General of the United States, we request that you present for inspection in its entirety and most original form, all records in your possession responsive to the recent subpoena issued to your office by the State Election Board."

In its November 14, 2025 reply, the BRE stated: "[T]he physical ballots, stubs, and absentee ballot envelopes for the 2020 General Election remain in the Fulton County Superior Court Clerk's possession and under seal in accordance with O.C.G.A. § 21-2-500. BRE and DRE are not in possession of these physical items and thus cannot produce them or make them available to [...] the Department of Justice." Both of those letters have been attached to this communication for your reference.

Pursuant to the BRE's representations, we now direct that same demand to your office. This request is based on the Attorney General's authority under the Civil Rights Act of 1960 ("CRA"), which requires that "[e]very officer of election shall retain and preserve [...] all records and papers which come into his possession [...] except that, when required by law, such records and papers may be delivered to another officer of election [...], then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian." 52 U.S.C. § 20701. The CRA clearly contemplates that whatever agency within a State has possession of applicable federal election-related records, that agency must retain those records.

The CRA makes clear that the Attorney General has broad authority to examine these records to ensure compliance with federal law. Section 303 of the CRA provides, in pertinent part, "Any record or paper required by section 20701 of this title to be retained and preserved shall, upon demand in writing by the Attorney General or his representative directed to the person having custody, possession, or control of such record or paper, be made available for inspection, reproduction, and copying at the principal office of such custodian by the Attorney General or his representative...." 52 U.S.C. § 20703.

The purpose of this request is to ascertain Georgia's compliance with various provisions of the National Voter Registration Act and the Help America Vote Act, including without limitation compliance with election technology and administration standards. 52 U.S.C. §§ 20501-20511, 20901-21145. The State Election Board of Georgia in a July 30, 2025 resolution, called upon the assistance of the U.S. Department of Justice to effect compliance with its subpoena.

The Civil Rights Division requests that you confirm you are in possession of the requested records by November 26, 2025, and to make such records available to the U.S. Department of Justice by December 16, 2025. The requested information may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing ("JEFS"). For all questions, requests, clarifications, or any follow up communication, please contact Eric Neff at eric.neff@usdoj.gov.

Regards,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

2