Fulton County Superior Court
***EFILED***AC
Date: 2/9/2026 9:36 AM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHERRI ALLEN, in her capacity as Chair of the Fulton County Board of Registration and Elections *et al.*, <br>     Petitioners <br><br> vs. <br><br> STATE OF GEORGIA, <br>     Respondent | CIVIL ACTION 24CV014632 |

**ORDER STAYING CASE**

In this case, Petitioners seek relief from two subpoenas issued by the State Election Board (SEB) to the Fulton County Board of Registration and Elections (BRE)[1] demanding that the BRE produce information concerning the 2020 general election.

In an Order dated 19 December 2025, the Court denied Petitioners' motion to quash the subpoenas, finding that the SEB had the authority to issue them and that they sought materials arguably relevant to the SEB's mission. (Doc 16). In that same Order, the Court concluded that the SEB would need to bear the reasonable costs of production of the large volume of materials it was seeking and, in a separate notice, scheduled a hearing at which the parties could present evidence on the means and cost of generating copies of these sensitive election materials (Doc 19).

Now all that is on hold. The Federal Bureau of Investigation -- pursuant to a search warrant with a sealed affidavit that has yet to be shared with the citizens whose

---

[1] The two subpoenas were identical; one was for the BRE and the second was for the County's "Board of Elections", care of Nadine Williams, the County's Director of Elections.

1

ballots were taken -- has seized much, if not all, of what the SEB was seeking.  Instead of taking the time to make copies, the Bureau took the originals, leaving the County without the very ballots the SEB was attempting to review.  This Court thus can no longer set measured and thoughtful parameters governing the handling and copying of these materials.  We are all left to hope that the Bureau and the Department of Justice handle the ballots and related records with the care required to preserve and protect their integrity.

In the meantime, this case is STAYED.[2]  The hearing on 9 March 2026 is CANCELLED.  The parties should alert the Court if there are other matters that need to be addressed; otherwise, the Court will treat this matter as inactive until the people of Fulton County's ballots are returned.

SO ORDERED this 9th day of February 2026.

Judge Robert C.I. McBurney
Superior Court of Fulton County

*Filed and served electronically via eFileGA*

---

[2] The parties were consulted and agreed that the matter should be stayed, rather than dismissed as moot, in the off chance the people of Fulton County's ballots and other papers are returned to their rightful custodian (the County) and, upon return, remain in a condition that would allow for duplication.

2