**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

> FILED IN CLERK'S OFFICE
> U.S.D.C. - Atlanta
>
> **MAR 2 5 2026**
>
> KEVIN P. WEIMER, Clerk
> By: _____ Deputy Clerk

ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; FULTON COUNTY, GEORGIA; AND CHÉ ALEXANDER CLERK OF SUPERIOR COURT,
                Petitioners,

v.

UNITED STATES OF AMERICA,
                Respondent

Civil Action No.

1:26-cv-00809-JPB

## MOTION OF CURRENT AND FORMER GEORGIA ELECTION OFFICIALS FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF THE PROBABLE CAUSE AFFIDAVIT AND IN OPPOSITION TO THE AMENDED PETITION

The prospective amici are current and former election officials in Georgia, including a majority of the members of the existing State Election Board, who have spent considerable effort and many volunteer hours in ensuring the integrity and transparency of the "voting system" in Georgia[1]. The amici have been recognized

---

[1] The Help America Vote Act of 2002, P.L. 107-252 ("HAVA"), *codified at* 52 U.S.C. §§20901-21145 defines "voting systems" for federal elections in states that receive HAVA funding as "(1) the total combination of mechanical, electromechanical, or electronic equipment (including the

1

for their expertise in election issues by their appointment to election boards over long periods of time. The amici are concerned with the known and well-documented irregularities arising out of the 2020 General Election in Georgia and write to support the efforts by the United States to ensure fair and transparent elections in Georgia. These actions by the United States Department of Justice (the "DoJ")to ensure the constitutional rights of Georgia's voters to be treated equally are, in our view, absolutely necessary to re-instill confidence in Georgia's election system with the citizens of Georgia and the citizens of the United States.

Amici who are immediate past or current members of the Fulton County Board of Elections and Registration (the "FCBRE")[2] have been involved in, and in some cases, very familiar with the irregularities identified in the probable cause affidavit of Special Agent Ray Evans (the "Probable Cause Affidavit"). But our collective efforts have not provided any answers to the numerous questions that we have collectively raised over the past five years, four months, and 23 days. As documented in the attached brief, our efforts have not been met with compliance

---

software....) ...; and (2) the practices and associated documentation ..." *See* Section 301(b) of HAVA, 52 U.S.C. §21081(b). See HAVA, *passim* for other standards, including the requirement that a voting system be able to "produce a permanent paper record with a manual audit capacity for such system." HAVA, Section 301(a)(2)B)(i), *codified at* 52 U.S.C. §21081(a)(2)(B)(i).

[2] The FCBRE was formed as the Fulton County Board of Elections and Registration by a special local act of the Georgia Legislature under O.C.G.A. § 21-2-40 but it uses the acronym "FCBRE" to refer to itself, which this brief will adopt. *See* Local Act 250 in "Local and special acts and resolutions of the General Assembly of the state of Georgia," vol 2. p. 4577 (1989). https://dlg.galileo.usg.edu/do:dlg_zlgl_500539654 (last accessed March 23, 2026).

with the laws as written, but obstruction by county and state officials against any attempt to investigate these irregularities, even for members of the Georgia State Electon Board (the "SEB") who have a legislatively mandated "duty" to investigate. *See* O.C.G.A. § 21-2-31(5) (2025).

Potential amici could not have anticipated that the actions of the DoJ in seeking to enforce its statutory rights to inspect election documents[3] could have met with the same opposition as we have faced as state and county election officials. This court's decision on March 20 to conduct an evidentiary hearing on March 27 impels our interest in providing additional relevant information to this court. This information may not otherwise be available as this court examines the information before it, particularly with respect to information already in the record that is either incorrect or misleading.

The amici have had unique experience in these investigations, the irregularities alleged, and the need for documentary evidence to investigate violation of state election laws and other laws. Much of this information may not be available to the parties in this case at this procedural stage of the current investigation.

---

[3] 52 U.S.C. §50703.

We respectfully request leave of the Court to file the attached Brief of Amici Curiae in this action. Our proposed brief is attached hereto as "Exhibit A".

Dr. Janice W. Johnston
c/o Georgia State Election Board
2 Martin Luther King Jr. Drive
Atlanta, Georgia 30334
770-701-4643
jjohnston@seb.ga.gov

## CERTIFICATE OF SERVICE

I certify that on this date a true copy of the foregoing document was filed with the Clerk of Court by in person delivery to the Clerk of Court and by email to counsel for Petitioners and Respondent.

This 25th day of March, 2026.

Dr. Janice W. Johnston

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitations and formatting requirements of the Local Rules of the Northern District of Georgia.

Dr. Janice W. Johnston

4