**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| ROBERT L. "ROBB" PITTS, CHAIRMAN, FULTON COUNTY BOARD OF COMMISSIONERS; FULTON COUNTY BOARD OF REGISTRATION AND ELECTIONS; FULTON COUNTY, GEORGIA; and CHE ALEXANDER, CLERK OF COURT,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 1:26-CV-00809-JPB |

**PETITIONERS' NOTICE OF RESULTS OF MEET & CONFER**

In consideration of questions that the Court raised during the March 27, 2026, evidentiary hearing in this matter, Petitioners filed a Post-Hearing Motion for Additional Evidence Pursuant to Federal Rule of Criminal Procedure 41(g) on March 30, 2026. (Doc. 71). The Court then ordered the parties to "meet and confer regarding the motion to determine whether Respondent agrees to supply responses to Petitioners' requests, or a subset thereof" and to "inform the Court of the results of their conferral." Mar. 31, 2026, Order.

In accordance with the Court's Order, the parties met and conferred on April 1, 2026. Petitioners hereby notify the Court that Respondent declined to supply any information or any answers in response to any of Petitioners' requests or any subset

1

of those requests. Instead, Respondent stated it would be filing an opposition to the motion.

Respectfully submitted, this 1st day of April, 2026.

/s/ Y. Soo Jo
Y. Soo Jo
Georgia Bar No. 385817
OFFICE OF THE FULTON
COUNTY ATTORNEY
141 Pryor St. SW, Suite 4038
Atlanta, Georgia 30309
Tel.: (404) 612-0246
soo.jo@fultoncountyga.gov

/s/ Kamal Ghali
Kamal Ghali
Georgia Bar No. 805055
Michael C. Duffey
Georgia Bar No. 710738
CHAIKEN GHALI LLP
One Atlantic Center
1201 W. Peachtree St. NW, Suite 2300
Atlanta, Georgia 30309
Tel.: (404) 795-5005
kghali@chaikenghali.com
mduffey@chaikenghali.com

/s/ Abbe David Lowell
Abbe David Lowell*
John Bolen*
LOWELL & ASSOCIATES, PLLC
1250 H Street NW
Washington, D.C. 20005
Tel.: (202)-964-6110
jbolen@lowellandassociates.com
alowellpublicoutreach@
lowellandassociates.com

/s/ Stephen Jonas
Stephen Jonas*
Norman Eisen*
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Suite 1580, Washington, D.C. 20003
Tel.: (202) 594-9958
steve@democracydefenders.org
norman@democracydefenders.org

*Counsel for Petitioners Robert L. Pitts, Chairman, Fulton County Board of Commissioners; Fulton County Board of Registration and Elections; Fulton County, Georgia; and Che Alexander, Clerk of Court*

*Admitted pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

This 1st day of April, 2026.

/s/ Michael C. Duffey
Michael C. Duffey