**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, Fulton County, Georgia, and Che Alexander, Clerk of Fulton County Superior Court,<br><br>*Petitioners*,<br><br>v.<br><br>United States of America,<br><br>*Respondent*. | Case No. 1:26-CV-00809 |

**UNITED STATES OF AMERICA'S STATUS UPDATE**

Pursuant to the Court's directive during the hearing of March 27, 2026, and the Court's minute entry directing the United States to provide a corresponding status update (Doc. # 70), counsel for the United States has sought to obtain the position of witnesses named in the affidavit.

Witnesses 2, 3, and 11 are opposed to their identities being unsealed because of concerns over privacy, retaliation, and/or harassment associated with official confirmation of their providing evidence in a criminal investigation. Witnesses 1, 4, 5, 6, 7, 8, and 9 do not oppose their identities being unsealed. The United States does not have a position from Witness 10.

Counsel for the United States conferred with counsel for Glawe in light of this information. The parties were unable to reach an agreement. The United States remains opposed to the unsealing of the identities of Witnesses 2, 3, 10, and 11 for the reasons stated in the United States's briefs and at the hearing. The United States defers to the Court with respect to the other Witnesses.

Counsel for Glawe has conveyed that Glawe "is no longer requesting to unredact the name of witness number 10." But "[a]s to the other witnesses," "Glawe intends to maintain his request that their names be unredacted, for reasons that we can provide to the Court at the appropriate time, if necessary." Counsel for Glawe stated that Counsel for the United States could represent this position to the Court.

1

Respectfully submitted,

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

THOMAS C. ALBUS
*Special Attorney to the Attorney General and United States Attorney for the Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

A. TYSEN DUVA
*Assistant Attorney General – Criminal Division*

R. TRENT MCCOTTER
*Associate Deputy Attorney General*

/s/ Michael Weisbuch
MICHAEL WEISBUCH
*Senior Counsel to the Associate Attorney General*

PETER L. COOCH
*Trial Attorney/Senior Counsel, Criminal Division*

2

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/ Michael Weisbuch
MICHAEL WEISBUCH