IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT L. "ROBB" PITTS, et al.,

      Petitioners,

      v.

UNITED STATES OF AMERICA,

      Respondent.

CIVIL ACTION NO.
1:26-CV-00809-JPB

**JOURNALIST JUSTIN GLAWE'S RESPONSE TO THE
UNITED STATES OF AMERICA'S STATUS UPDATE**

Journalist Justin Glawe has sought to unseal the names of the witnesses whose allegations of "deficiencies and defects" with the 2020 election are detailed in the affidavits used to obtain the search warrant. *See* dkt. 31 at 3–5, 9; dkt. 38 at 2–4. The government has confirmed that most witnesses—1, 4, 5, 6, 7, 8, and 9— do not oppose their identities being unsealed. Dkt. 74 at 2. The government could not obtain Witness 10's position, and Mr. Glawe no longer asks to un-redact that witness's name. *Id.* Left are three witnesses—2, 3, and 11.

The government "remains opposed" to removing the redactions for the remaining three. *Id.* According to the government, these witnesses all expressed "concerns over privacy, retaliation, and/or harassment" if their aid to the

government is "official[ly]" confirmed. *Id.* In defense of continued sealing, the government relies on its brief and argument at the hearing.

Mr. Glawe does, too. As Mr. Glawe already explained, these witnesses are public-facing individuals who have been vocal critics of the 2020 election; the face of the affidavit makes their identities plain; media outlets have capitalized on the context that the *government* provided in the affidavit to publicly reveal the witnesses' names; and the government offers only "stereotyped and conclusory statements" about the good-policy of concealing witness identities, generally, without even attempting to tie those concerns to this case. *See generally* dkt. 53.

In addition, Mr. Glawe makes these two points for the Court's consideration:

*First*, Witnesses 2, 3, and 11 are all public officials. And that's no secret because the unsealed portions of the affidavit say so. Witness 2 "is the Republican-appointed member of the Georgia State Election Board," dkt. 22-1 ¶ 17, and Witness 3 is "the current House-appointed State Election Board member," *id.* ¶ 23. The SEB, in turn, consists of just five members—as relevant, only "*[o]ne . . . appointed by the Georgia House*" and only "*[o]ne . . . appointed by the Georgia Republican Party.*" *Id.* ¶ 17 n.5 (emphasis added). Witness 11, meanwhile, is an elected "[c]urrent Fulton County Commissioner" who also served as "a poll worker during the 2020 Election." *Id.* ¶ 70. Given these witnesses' status as public officials, there are no reasonable privacy interests to be protected here. That the

2

affidavit, itself, discloses their public capacity and makes their identities obvious only renders the redactions doubly improper.

*Second*, the three witnesses have all commented publicly on the search. In fact, Witness 11 confirmed to the *Atlanta Journal-Constitution* that the FBI used her affidavit and that she was a witness in the warrant affidavit.[1] Witness 3 made similar comments to 11Alive: "What's in the affidavit is what I said . . . . I was contacted I asked a couple of questions, I answered them and what they got from it was what they put in the affidavit."[2] Witness 2 has made myriad public comments about election fraud broadly, and Fulton County specifically, that track the affidavit's allegations. What's more, Witness 2 has moved *in this case* to file an amicus brief on behalf of current and former state election officials that include Witness 2 and Witness 3. *See generally* dkt. 72 & 72-1. The witnesses' unwillingness to be "officially" named now is thus bizarre. Their conduct certainly belies the legitimacy of any supposed "privacy, retaliation, and/or harassment" concerns.

---

[1]    Reed Williams, *Fulton Commission Dems mistrust colleague listed as witness for FBI raid*, AJC (Feb. 18, 2026), https://www.ajc.com/news/2026/02/fulton-commission-dems-mistrust-colleague-listed-as-witness-for-fbi-raid.

[2]    Gilat Melamed, *State Election Board meets for first time since FBI raid at Fulton County elections hub*, 11Alive Politics (Feb. 18, 2026), https://www.11alive.com/article/news/politics/state-election-board-meets-for-first-time-since-fbi-raid-fulton-county-elections-hub/85-9f09cf36-3bab-4098-a555-3b18a006edc7?utm_source=chatgpt.com.

Accordingly, and as explained in Mr. Glawe's earlier briefing, Mr. Glawe respectfully requests that he be permitted to intervene in this matter and that the names of the witnesses—except Witness 10—be promptly unsealed.

Respectfully submitted this 9th day of April, 2026.

*/s/ Meredith C. Kincaid*
**CROSS KINCAID BASKAM LLC**
Meredith C. Kincaid
Georgia Bar No. 148549
315 W. Ponce de Leon Ave., Ste 715
Decatur, Georgia 30030
(404) 948-3022
meredith@crosskincaid.com

*/s/ Sarah Brewerton-Palmer*
Sarah Brewerton-Palmer
Georgia Bar No. 589898
Erin Morrissey Victoria
Georgia Bar No. 285342
Alan M. Long
Georgia Bar No. 367326
**CAPLAN COBB LLC**
75 14th Street NE, Suite 2700
Atlanta, Georgia 30309
(404) 596-5600
spalmer@caplancobb.com
evictoria@caplancobb.com
along@caplancobb.com

*Counsel for Justin Glawe*

4

5

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel hereby certifies that this pleading complies with

the Local Rules of this Court, including Local Rules 5.1(C) and 7.1(D), in that it is

double-spaced and composed in 14-point, Times New Roman font.

This 9th day of April, 2026.

<u>/s/ Sarah Brewerton-Palmer</u>
Sarah Brewerton-Palmer
Georgia Bar No. 589898

*Counsel for Justin Glawe*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

This 9th day of April, 2026.

/s/ Sarah Brewerton-Palmer
Sarah Brewerton-Palmer
Georgia Bar No. 589898

*Counsel for Justin Glawe*

6