# RESPONDENT'S EXHIBIT LIST

ROBERT L. "ROBB" PITTS, ET AL., V. U.S.
JUDGE J.P. BOULEE
PETITIONERS' ATTORNEYS: ABBE LOWELL AND
KAMAL GHALI

DOCKET NUMBER 1:26-CV-00809-JPB
HEARING DATE: 3/27/2026
RESPONDENT'S ATTORNEYS: A. TYSEN
DUVA, MICHAEL WEISBUCH AND
PETER L. COOCH

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 001 | 3.27.26 | | ✓ | Application & Affidavit for Search Warrant, Case Number: 1:26-MC-0158 |
| 002 | | | ✓ | Application & Affidavit for Search Warrant, Case Number: 1:26-MC-0177 |
| 003-A | | | ✓ | Email from AUSA B. Pearce to Duty Judge Email Address dated January 27, 2026, at 8:15 PM |
| 003-B | | | ✓ | Attachment to email from AUSA B. Pearce to Duty Judge Email Address dated January 27, 2026, at 8:15 PM |
| 004-A | | | ✓ | Email from AUSA J. Dunkel to Judge Salinas, SA Hugh Raymond Evans, and USA Thomas Albus dated January 28, 2026, at 8:03 AM |
| 004-B | | | ✓ | Attachment to email from AUSA J. Dunkel to Judge Salinas, SA Hugh Raymond Evans, and USA Thomas Albus dated January 28, 2026, at 8:03 AM |
| 005 | | | ✓ | Email from Judge Salinas to SA Hugh Raymond Evans dated January 28, 2026, at 8:26 AM |
| 006 | | | ✓ | Email from AUSA J. Dunkel to Judge Salinas dated January 28, 2026, at 8:40 AM |
| 007-A | | | ✓ | Email from AUSA J. Dunkel to Duty Judge Email Address dated January 28, 2026, at 1:01 PM |
| 007-B | | | ✓ | Attachment to email from AUSA J. Dunkel to Duty Judge Email Address dated January 28, 2026, at 1:01 PM |

1

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 008-A | 3·27·26 | | ✓ | Email from Nicole Jenkins to USA Thomas Albus, AUSA Jason Dunkel, and SA Hugh Raymond Evans dated January 28, 2026, at 1:41 PM |
| 008-B | | | ✓ | Attachment to email from Nicole Jenkins to USA Thomas Albus, AUSA Jason Dunkel, and SA Hugh Raymond Evans dated January 28, 2026, at 1:41 PM |
| 009-A | | | | Video of Motions Hearing in Favorito et al. v. Wan et al. (20-cv-343938) |
| 009-B | | | ✓ | Excerpt of video of Motions Hearing in Favorito et al. v. Wan et al. (20-cv-343938) |
| 010-A | | | | Body-Worn Camera Footage |
| 010-B | | | ✓ | Body-Worn Camera Footage Excerpt |

2