## Exhibit List

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 001 | 3.27.26 | | ✓ | Declaration of Ryan Macias |
| 002 | 3.27.26 | | ✓ | Ryan Macias CV |
| 003 | | | ✓ | Georgia Secretary of State Investigations Division, Report of Investigation, SEB2021-181, 03/04/2022 |
| 004 | | | ✓ | Georgia Secretary of State Investigations Division, Report of Investigation, SEB2020-203, 04/24/2023 |
| 005 | | | ✓ | Fulton County Secretary of State Investigations Division, Report of Investigation, SEB2023-025, 04/09/2024 |
| 006 | | | ✓ | Performance Review Board (PRB) Report on Fulton County Investigations, 01/13/2023 |
| 007 | | | ✓ | Seven Hills Strategies, State Election Board Report – Post-Election Executive Summary, 01/12/ 2021 |
| 008 | | | ✓ | Photo of Receipt for Property Seized in Execution of Warrant |