# CHAIKEN GHALI LLP

ONE ATLANTIC CENTER
1201 W. PEACHTREE STREET, SUITE 2300
ATLANTA, GA 30309

**Kamal Ghali**
404.795.5005
kghali@chaikenghali.com

Atlanta
Los Angeles
San Francisco

April 14, 2026

**VIA E-MAIL**
A. Tysen Duva
Criminal Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tysen.Duva2@usdoj.gov

*Re:*    ***Pitts v. United States*, No. 1:26-CV-00809-JPB (N.D. Ga.)**
         **Request for Information**

## TOUHY REQUEST

Dear Mr. Duva,

Pursuant to the Court's April 13, 2026 Order; Federal Rule of Criminal Procedure 41(g); *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951); and 28 C.F.R. § 16.21 *et seq.*, Petitioners in *Pitts v. United States*, No. 1:26-CV-00809-JPB (N.D. Ga.), request responses to the questions in Exhibit A to this request.

The information sought is necessary to address issues that the Court raised at the March 27, 2026 evidentiary hearing and that counsel for Respondent were unable to sufficiently answer. In particular, the requests in Exhibit A seek information regarding the timing of the criminal investigation, including the date of the criminal referral mentioned in Paragraph 6 of the unsealed search warrant affidavit (Doc. 22-2). As noted by the Court, the information sought is relevant to the question of whether Respondent acted with callous disregard for Petitioners' constitutional rights. *See* Mar. 27, 2026 Transcript at 71 ("[T]he timing of the criminal investigation will tell [the Court] a lot . . . ."). Petitioners' request is also timely, as indicated in the Court's recent order, which provides for the continued submission of evidence until April 27, 2026. *See* April 13, 2026 Order at 4. Finally, release of the information sought (*e.g.*, the specific date of certain events within a publicly known time frame) would not interfere with or compromise any investigation that may be ongoing.

Petitioners are willing to confer with Respondent on how to provide the requested information, *e.g.*, by a deposition on written questions or through the production of documents sufficient to show the answer to the questions identified in Exhibit A, to name two options.

CHAIKEN GHALI LLP

_____

Please confirm by no later than Thursday April 16, 2026 that you will provide the information requested to allow sufficient time for us to seek relief from the Court, if necessary.

Sincerely,

KAMAL GHALI
CHAIKEN GHALI LLP

*Counsel for Petitioners*

cc:   Trent McCotter, Office of the Deputy Attorney General
Peter Cooch, U.S. DOJ Criminal Division
Michael Weisbuch, Senior Counsel to the Associate Attorney General;
Thomas Albus, United States Attorney;
Y. Soo Jo, Office of the Fulton County Attorney;
Abbe David Lowell, Lowell & Associates, PLLC;
John Bolen, Lowell & Associates, PLLC;
Stephen Jonas, Democracy Defenders Fund;
Norman Eisen, Democracy Defenders Fund;
Michael C. Duffey, Chaiken Ghali LLP

CHAIKEN GHALI LLP

## **EXHIBIT A**

1. On which date did Kurt Olsen refer the criminal investigation to the Federal Bureau of Investigation, as stated in Paragraph 6 of the affidavit in support of the January 28, 2026 search warrant applied for in the Northern District of Georgia under case number 1:26-MC-0177 (hereafter, the "Affidavit")?

2. On which date did the Federal Bureau of Investigation open the criminal investigation identified by Special Agent Evans in the Affidavit?

3. Were there any meetings or communications (including phone calls, in-person meetings, text messages, emails, or other digital communications) in which DOJ officials (including but not limited to Kurt Olsen and White House personnel) discussed using a criminal search warrant in response to delays in the case of *United States v. Alexander*, No. 1:25-CV-07084 (N.D. Ga. filed Dec. 11, 2025) or the Civil Rights Division's requests for Fulton County's 2020 election records including requests made on October 30, 2025, November 21, 2025, or any other date? If so, on which date(s) did any meeting(s) or communications occur, and who were the attendees at each meeting or participants in the communication?

4. On which date did the DOJ first begin drafting the Affidavit?