

## INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

CASE NAME:        Fulton County Tabulator Results 2020

CASE NUMBER:     SEB2023-025

INVESTIGATOR:    Gilbert C. Humes

DATE OF REPORT:  April 9, 2024

### COMPLAINT(S):

The Georgia Secretary of State opened this investigation after the State Election Board referred this Complaint filed by Complainants Kevin Moncla and Joseph Rossi alleging Fulton County did not properly perform a recount of the presidential contest in the 2020 General Election (the "Recount").  In this Complaint dated July 8, 2022, the Complainants alleged **(1)** they identified "irregularities" in the Recount, namely "17,852 votes of unknown provenance"; **(2)** there were 3,125 duplicate ballot images contained in the ballot images from the Recount produced by Fulton County; **(3)** the original tabulation includes results for ten (10) advance voting tabulators for which Fulton County does not have the tabulator tapes; and **(4)** that an individual by the name of Ryan Macias had communication with former Fulton County Elections Director Richard Barron about the alleged discrepancy with the Election Night and Recount results but was not a Fulton County employee or contractor.  Complainants allege that, collectively, there appeared to be "no paper documentation of ballots for nearly 42,000 votes," a potential violation of recount procedures in O.C.G.A. § 21-2-495 and SEB Rule 183-1-15-.03(1).

### COUNTY AND ELECTION INVOLVED:

Fulton County, November 3, 2020, General Election.
Fulton County, December 2020 General Election Recount.

### ELECTION STAFF:

Richard Barron, former Director of Elections, Fulton County Board of Elections and Registration.

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 2

Fulton County Elections Supervisor is Nadine Williams who met the election certification training requirements in 2014.

**ELECTION CERTIFICATION:**

Richard Barron met the election certification training requirements in 2015.

Nadine Williams who met the election certification training requirements in 2014.

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.  Venue for any criminal prosecution will lie in Fulton County, Georgia.

**COMPLAINANT(S):**

Joseph Rossi
2007 Cedar Ridge Dr.
Perry, Ga. 31069



Kevin M. Moncla
824 Lake Grove Dr.
Little Elm, Tx. 75068

**RESPONDENT(S):**

Fulton County Board of Elections and Registration
Nadine Williams, Director
141 Pryor St. SW #4075
Atlanta, GA 30303

Counsel for Respondent:

Law Office of Ann S. Brumbaugh LLC
The High House
309 Sycamore Street
Decatur, GA  30030

Annbrumbaughlaw.com

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 3

## BACKGROUND:

In the 2020 General Election, the original certified results from Fulton County included **528,777 total ballots cast**.  There was a reported total of **524,659 votes cast in the contest for President of the United States**, including 137,240 (26.16%) votes for then incumbent Donald J. Trump, 381,144 (72.65%) votes for Joseph Biden, and 6,275 (1.20%) votes for Jo Jorgensen.

Following a Recount of the presidential contest requested by President Donald J. Trump, Fulton County recertified their results on December 7. 2020.  The recertified results reported **527,925 total ballots cast** (a difference of -00.16%) and **523,779 total votes cast in the presidential contest** (a difference of -00.16%), including 137,247 (26.20%) for Donald J. Trump (a net gain of 7 votes), 380,212 (72.59%) votes for Joseph Biden (a net loss of 932 votes), and 6,320 (1.21%) votes for Jo Jorgensen (a net gain of 45 votes).

In preparation for the 2020 General Election and pursuant to an October 2020 Consent Order, the State Election Board (SEB) contracted with Seven Hills Strategies (SHS) to serve as an independent monitor for the 2020 General Election.  One of SHS's responsibilities was to observe tabulation on Election Day and any post-election audit or recount.  On January 12, 2021, following the General Election and subsequent Runoff Elections, SHS prepared and submitted a Post-Election Executive Summary **(Exhibit #3)**.  The summary indicated the Monitor observed every aspect of the Respondent's election processes and at no time was dishonesty, fraud, or intentional malfeasance observed. Under the topical heading "The Recount," the executive summary noted several issues that included poor record-keeping, which led to other procedural problems for Fulton County throughout the recount process; namely, Fulton County failed to properly follow protocols for backing up and uploading data to servers resulting in errors; and Fulton County inadvertently named two (2) scanners with the same name, causing delays in the completion of the Recount.

In August 2021, pursuant to a request from members of the Georgia General Assembly, the SEB appointed a Performance Review Board (PRB) to examine issues with Fulton County's election processes.  On January 13, 2022, the PRB issued a report of its findings **(Exhibit #4)**.  On page 9 of the report under the topical heading *Double-Scanning of Ballots*, the PRB noted one of the allegations leading to the General Assembly's August 2021 request for this review was that ballots were being double scanned.  The PRB further referenced in its report, in part, that a contributing factor to the possible double scanning of ballots "likely include[d] poor batch management and storage practices (also a contributing factor in errors in the hand-count audit and the recount…)."

Both SHS and the PRB provided their findings to the SEB in 2021 and 2022, respectively for review.  The SEB voted to not pursue further legal action against the Respondent.

In July 2022, complainants Joseph Rossi and Kevin Moncla filed a complaint with the State Election Board alleging several anomalies that occurred in Fulton County related to the Recount. Specifically, the complaints alleged (1) the initially-reported Recount results reported to the SOS on December, 2, 2020, were off by approximately 17,000 votes compared to the results reported for the November 2020 Election Night; (2) Fulton County scanned duplicate ballots which were included in the vote count totals; (3) the original tabulation includes results for ten (10) advance

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 4

voting tabulators for which Fulton County does not have the tabulator tapes; and (4) that an individual by the name of Ryan Macias had communication with former Fulton County Elections Director, Richard Barron about the Recount results but was not a Fulton County employee or contractor.

## INVESTIGATIVE SUMMARY

In the 2020 General Election, the tabulated results of the presidential race were confirmed by a Risk Limiting Audit (RLA) and a Recount requested by former President Donald Trump.  While the RLA was conducted by a full hand count, the Recount was conducted by machine tabulation as required by SEB Rule 183-1-15-.03.  Complaints 1 and 2 relate to the Recount, and Complaint 3 is related to Election Night tabulation.

## COMPLAINT 1

The Complainants alleged they observed 3,125 duplicates in the ballot images for the Recount produced by Fulton County.  The SOS Investigations Division reviewed the documentation submitted with the Complaint and subsequently sent three (3) investigators to the Fulton County Elections Office to conduct an independent review of the batches of ballot images identified by Complainants.  The SOS investigators confirmed, as a result of this review, that the batches of ballot images matched the description provided by Complainants, in that there were sequences of ballot images that appeared to repeat, but in a different sequential order in the second batch.  While at Fulton County, SOS investigators observed a total of 3,182 ballot images meeting this description. Of the 3,182 ballot images, the votes in the presidential contest included 1,401 for Donald Trump, 1,713 for Joseph Biden, 52 for Jo Jorgenson, and 16 ballots on which the presidential contest was left blank.

The Respondent subsequently provided the SOS with approximately 518,960 ballot images in response to a subpoena. The SOS Investigations Division conducted an in-house review of the same identified batches of ballot images to further determine how many alleged repeated ballot images were hand-marked and how many were BMD-printed ballots.  The results of that analysis came close to the results the Complainants reported in their initial complaint.  However, in the complaint, Complainants listed 2 batches of ballot images in tabulator 5162 (batch 001 with 20 ballot images and batch 002 with 97 ballot images) that were reportedly repeated images.  Both batches combined totaled 117 ballot images.  Following a comparison of the images identified in tabulator 5162, only 20 of the 117 were identified as repeated images thereby resulting in the final total of 2,969 repeated ballot images of which 1,806 were images of BMD-printed ballots and 1,163 were images of hand-marked paper ballots.  The hand-marked paper ballot images appeared to be repeated because of unique identifying marks.  The BMD-printed ballots contained the same selections, but because there were no distinct markings on these ballot images, investigators could not definitively identify them as duplicate or repeated ballots.

SOS Supervisory Investigator Gilbert Humes and Investigator Lance Patterson subsequently met with and interviewed Richard Barron, who served as the Fulton County Elections Director during the Recount.  Investigators questioned Barron about his recollection of the Recount process and his communication with the SOS regarding the delay in completing the Recount, but Barron claimed he could not recall.  Barron stated even though Dwight Brower was number 2 in

command as the Acting Elections Director during the Recount, he placed Warehouse Manager Nadine Williams in charge of the Recount.

Investigator Humes subsequently spoke with Nadine Williams, current Elections Director, and inquired about the ballot images identified in the complaint. Williams confirmed she managed the Recount; however, Barron was regularly kept informed of everything. All the processes that were established for the Recount were established by the executive leadership, and Barron ultimately made all executive decisions on how things were to operate and proceed. Director Williams told investigators because the same groups of sequentially-ordered ballot images were found in two separate batches but in a different sequential order in the second batch, it was most likely the result of poor batch management during the Recount. This was an issue that was brought to light in 2021 and changes have since been made by Respondent to the ballot scanning process. During the Recount, Respondent had one person assigned per scanner, and that person was responsible for scanning the batches, and after scanning each batch, placing the scanned batch into a box marked completed batches. According to Williams, when she became Elections Director, she assigned 2 persons to a scanner to scan batches. This method allowed one person to focus on their pre-scanning responsibility, which was to make sure each batch was properly named and required scanning; and the second person was to focus on their post-scanning responsibility which was to ensure scanned batches were scanned properly, labeled correctly, and stored in its correct location to avoid double scanning, misplacing batches, or missing a batch that required scanning. Williams further reported the implementation of this process was successful, as the 2022 General Election process experienced far fewer problems than in 2020. Director Williams further reported employees' resignations and/or not reporting to work due to the COVID-19 pandemic resulted in a decrease in available staff in 2020.

The SEB-appointed Monitor's executive summary described the Recount process by Respondent as follows: "Generally, poor records keeping led to a multitude of procedural problems throughout the recount process." For example, the Monitor observed that Fulton County leaders were sending out individual ballot batches instead of full boxes, and with this process it would not be difficult for a batch to be forgotten or fall to the wayside as it changed hands. When this practice was discussed with Director Williams, she acknowledged such practices as those identified by the Monitor could have potentially led to ballot images being uploaded twice during the Recount but could not state for certain whether that was the cause of the potentially duplicative ballot images.

Respondent reported that, since 2020, they have implemented processes to make sure that after full boxes of batches are scanned, they are immediately secured in an area designated for already scanned batches.

## COMPLAINT 2

The Complainants alleged that in reporting results to the Secretary of State for the Recount, Respondent initially "submitted vote totals (511,543) lower than that of the original count from Election Night (528,777)." Complainants further alleged that, approximately 12 hours after reporting the Recount vote-count total of 511,543, Respondent reported a re-certified vote-count total for the Recount of 527,925, an alleged "increase in votes counted" of 16,382.

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 6

It is important to note throughout the Complaint, the Complainants erroneously conflate the number of ***total ballots cast*** and ***total votes counted in the presidential contest***. The distinction between the two is important because there were nearly 4,000 ballots cast in Fulton County that left the presidential contest blank, so the number of total ***ballots*** cast will be greater than the ***votes*** cast in the presidential contest. According to the Complainants, they alleged Respondent submitted Election Night "vote" count totals of 528,777, which is inaccurate because that number is the total ***ballots*** cast—not the total ***votes*** counted in the presidential contest. According to the originally certified results, the correct number of ***total ballots cast*** in Fulton County for the 2020 General Election presidential contest was 528,777 and the ***total votes counted*** was 524,659 **(Exhibit #5)**. Approximately 4,118 ballots did not record a vote in the presidential contest, either because the voter left it blank or the ballot contained an overvote.

In support of Complaint 2, Complainants rely on two (2) Batches Loaded Reports that they received from Fulton County in response to an Open Records Act request. Complainants allege that the first Batches Loaded Report (BLR 1) indicated 511,543 "votes were tabulated and published," and the second Batches Loaded Report (BLR 2) indicated 527,741 "votes were tabulated and published." Complainants questioned how the Respondent was able to "find" more than 16,000 votes between BLR 1 and BLR 2. The Complainants pointed out that a Batches Loaded Report is a product of the Dominion Election Management Server (EMS) that shows all batches of ballots that have been counted, along with the status of each batch. However, a county is not mandated or required to use the BLR feature in EMS **nor is the BLR used to report election results to the SOS**. Rather, it is a mechanism that exists to aid counties with the tracking and reconciling of batches and number of ballots scanned. The BLR is also a running document meaning it is one document in which the totals will constantly change when updated and each update overrides the previous total amount. In column "H" of the BLR in the complaint, the column reads "published." It should be noted for the record "published" means the data can be viewed and/or printed in report format. Respondent provided the SOS Investigations Division with the final BLR and the final tally on the BLR for the Recount was 527,925 **(Exhibit #6)**. Though the Complainants incorrectly referred to "ballots cast" as "votes counted," and referenced that a BLR was used by Fulton County to report official vote count results when such a report is not used for that purpose, the question remained as to how Fulton County reconciled the discrepancy between BLR 1 and BLR 2.

Counties report all official election results through the Election Night Reporting (ENR) system. Each county will gather all the election results, prepare a report and upload the final official results into Dominion's Election Management System's (EMS) Results Tally Reporting (RTR) System. The RTR is the main application for post-voting activities. It receives election results from the tabulators, allows for validation of the results, and reports the results. The counties are then required to export and upload the RTR results data into the ENR at which time the election results are received by the SOS. This is the process that all counties follow when reporting election results information to the SOS. During the Recount, Fulton County performed 3 uploads reporting results with the first being on December 3, 2020, at 12:16 a.m. showing total ballots cast as 525,365 with total votes cast in the presidential contest as 521,452 **(Exhibit #7)**; the second upload was on December 3, 2020, at 11:04 p.m. showing total ballots cast as 527,925 with total votes cast in the presidential contest as 523,779 **(Exhibit #8)**; and the third upload was on Friday, December 4, 2020, at 12:27 p.m. showing total ballots cast as 527,925 with total votes

in the presidential contest as 523,779 **(Exhibit #9)**.  Respondent also provided the corresponding reports to support the numbers uploaded into the ENR **(Exhibits #7a, #8a, and #9a)**.

SOS Investigators interviewed Director Williams regarding the BLRs and the uploads to the RTR for the Recount. She reported that certain batches of ballots were initially scanned with an Image Cast Central (ICC) Scanner programmed with the same tabulator and batch numbers, so the RTR interpreted them as one and rejected scanned ballots as a duplicate batch.  Respondent looked into the cause of the discrepancy, and eventually isolated the discrepancy to the duplicative programming of the ICC scanner.  This issue was corrected by separating all 97 batches scanned on the duplicate ICC and rescanning them for accurate reporting on the RTR. Prior to rescanning, Fulton County made sure representatives from each political party, the SEB's independent monitor, and others were aware of the discrepancy, what caused the discrepancy, and were present to witness the rescan.  Respondent confirmed at that point, they had a total of 506,127 scanned ballots.  After they rescanned the initially-rejected batches of ballots totaling 21,798 votes from tabulator 816 **(Exhibit #10)**, the final total ballots scanned was 527,925.  Respondents acknowledged BLR's were referenced during their status update discussions about the discrepancy but only used them as a reference in trying to determine what went wrong and how far off were they in the count.  There is no record of the Respondent submitting official results to the SOS on December 2, 2020.

Complainants have further alleged that Respondent failed to provide all ballot images from the Recount in response to an Open Records Request. In response to an investigative subpoena, Respondent provided to SOS Investigators a thumb drive that contained 518,960 ballot images from the December 2020 Recount **(Exhibit #11)**.  Respondent reported during the Recount, Dominion Voting Systems loaned Fulton County four scanners for the recount.  Respondent was unsure exactly which counties Dominion had borrowed the scanner from, and those scanners have since been returned.  The SOS Investigations Division asked Respondent to provide documentation to corroborate this account.  Respondent further noted that the memory cards that were used in the borrowed scanners have since been redistributed and used in subsequent elections.  As noted in the SEB Monitor's January 2021 executive summary, Fulton County acknowledged that technical issues occurred during the Recount that included failure to properly follow protocols for backing up data to servers.  As a result, while Respondent may not have all the ballot images, **they do have all the physical ballots**, which are still being preserved under seal due to a pending litigation hold.

Complainants allege that ballots images should have been available, claiming in a separate email to SOS investigators that all ballots of an entire batch must be scanned successfully for it to be accepted and processed.  **(Exhibit # 12)**. The system will only accept ballots in a batch, and not just single ballots.  There is no way with which an election worker could choose to save or not save ballot images as the only prompt they are given is to either accept or reject the batch by selecting yes or no.  If the worker selects <Yes> then the entire batch, including the ballot image for every ballot in the batch, is processed as one unit.  If the worker selects <No> then the worker must start over and scan the entire batch.

However, Complainants are only partially correct, as this only applies to counties whose central scanners and servers are housed at the same location.  As with Fulton County, their central scanners and EMS Results Tally and Reporting (RTR) workstation was housed at different

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 8

locations, and therefore, Respondent had to follow a different process to import election results. This process required county workers to first download the results onto a form of removable media. They then had to upload the results from the media into the RTR workstation at the second location. During the upload process, the RTR provides the user three (3) options from which to choose: the user can select the box for "Load Results File"; "Load Ballot Images"; "Load Log File" or choose all three. If the "Load Results File" is the only option selected, which was a required option, then no ballot images uploaded into the RTR. Therefore, it is important to note that ballots can be scanned and tabulated *without* capturing ballot images.

Fulton County further highlighted that their new location now houses both the central scanners and EMS Results Tally and Reporting (RTR) workstation server, therefore every ballot scanned will automatically create the results file, ballot image file, and log files at the time the ballot is scanned. They no longer have to go through the import process.

Furthermore, the preservation of ballot images was not required by law in 2020. It was not until the passage of Senate Bill 202 in 2021 that ballot images were deemed public records subject to public inspection under the Georgia Open Records Act.


**COMPLAINT 3**

The Complainants alleged the original election night vote count includes results for ten (10) advance voting tabulators (also called precinct scanners) for which Fulton County has no records. In support of this claim, Complainants reported that they submitted an Open Records Act request for the tabulator tapes for ten (10) advance voting precinct scanners in response to an Open Records Act request, and a Fulton County employee responded to this request by stating, "The requested documents do not exist." Complainants thus concluded that no documentation for the ten (10) advance voting tabulators exists and that no documentation of the ballots tabulated on those scanners exist.

It is important to note the purpose of the tapes. The tapes are produced by the precinct scanners after the polls have closed. They serve as a paper back-up to the memory cards that store the ballot tabulation and are not part of the process by which official results are reported by counties to the Secretary of State. They are merely additional documentation of the ballots cast on the precinct scanner.

On January 8, 2024, the Respondent advised SOS Investigators that they have all documentation for the precinct scanners in question; however, storage issues have been complicated after Fulton County relocated all its records to its new warehouse. The Respondent escorted SOS Investigators to the location where the 2020 election records were being stored and said that they would search for supporting documentation and provide it to investigators.

Between March 5, 2024, and April 19th, 2024, the Respondent provided the SOS with documentation on the 10 AV tabulators **(Exhibit #13a-j)**:

- A Zero tape and Opening the Polls Zero Count Form dated October 12, 2020, for ICP 3 (tabulator 303) at AV State Farm Arena **(Exhibit 13a)**

- A Zero tape and Opening the Polls Zero Count Form dated October 12, 2020, for ICP 10 (tabulator 311) at AV State Farm Arena **(Exhibit 13b)**

- A Zero tape and Opening the Polls Zero Count Form dated October 12, 2020, for ICP 11 (tabulator 312) at AV State Farm Arena **(Exhibit 13c)**

- A Zero tape and Opening the Polls Zero Count Form dated October 20, 2020, for ICP 3 (tabulator 712) at AV South Fulton Srv Center **(Exhibit 13d)**

- A Zero tape dated October 26, 2020, a Daily Recap Sheet dated October 30, 2020, for ICP 3 (Tabulator 754 at AV Ponce De Leon Library reflecting closing count of 1,830 ballots **(Exhibit 13e)**

- Daily Recap Sheet dated October 30, 2020, and results tape for ICP 3 at AV Park Place @ Newton reflecting closing count of 4,216 ballots **(Exhibit 13f)**.

- Daily Recap Sheet dated October 30, 2020, and results tape for ICP 3 at AV Northeast Library reflecting closing count of 2,511 ballots **(Exhibit 13g)**.

- Opening the Polls Zero Count Form dated October 12, 2020, and a Daily Recap Sheet dated October 30, 2020, for ICP 2 at AV Johns Creek Env. Center reflecting a closing count of 4,242 ballots **(Exhibit 13h)**.

- A Zero tape dated October 28, 2020, for ICP 3 (Tabulator 763) at AV East Point Library **(Exhibit 13i)**

- A Zero tape dated October 21, 2020, for ICP 4 (Tabulator 714) at AV Wolf Creek Library **(Exhibit 13j)**

Fulton County provided documentation to evidence the existence of the 10 tabulators in question, which show 12,799 of the 20,713 questioned ballots. Respondent advised they were still in the process of searching through approximately 700 boxes of 2020 records for the recap sheets and/or results tapes for the AV locations. But again, the tapes are merely back up documentation for the paper ballots tabulated by the precinct scanner. Those results are captured on memory cards (and a back-up memory card) and uploaded to the Election Management Server for the official Election Night Reporting. The actual paper ballots are also preserved. The Complainants' assumption that because tabulator tapes have not been produced then the paper ballots themselves are unaccounted for is simply incorrect.

## COMPLAINT 4

The Complaint alleged that an individual by the name of Ryan Macias had communication with former Fulton County Elections Director, Richard Barron about the discrepancy with the Election Night and Recount vote results. Complainants stated Macias was not a Fulton County employee, Happy Faces Employee (temp employment agency), Fulton County Contractor nor a

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 10

Fulton County vendor.  Respondent provided a "Memorandum of Understanding" between The Elections Group LLC where Macias was employed and Fulton County Board of Elections and Registration which was signed off by the Fulton County Manager and Fulton County Attorney approving The Elections Group to serve as a consultant for the 2020 General Election (**Exhibit #14**).

## INVESTIGATIVE FINDINGS

### Complaint #1

The Complainants' allegation that Fulton County had multiple batches of ballot images that were repeated in another batch was **partially substantiated**.  The investigation identified a series of BMD-printed ballots and hand-marked ballots repeated in the same order in a separate scanned batch from the first batch.  A review of the 1,163 hand-marked ballot images appeared to be duplicate ballot images based on the unique markings on the ballot; however, regarding the BMD generated machine ballots, the selections were the same but there were no distinct markings on these ballot images to positively identify them as duplicate ballot images.  The investigation also **substantiated** that Respondent did not follow proper batch management procedures for the Recount in violation of SEB Rule 183-1-15-.03.  **These investigative findings do not affect the accuracy of the results of the 2020 General Election in Fulton County, which were confirmed as accurate by both the RLA and the Recount.**

### Complaint #2

The allegation that Respondent uploaded vote totals of 511,543, which was 17,234 votes fewer than votes counted on Election Night was **unsubstantiated**.   The investigation uncovered that the Complainants conflated ballots cast with total votes.  As a ballot can be cast without a vote for the presidential contest, the two terms cannot be considered interchangeable.  Furthermore, the investigation revealed Respondent reported its Recount results late due to a count discrepancy caused by a scanner programming error.  As a result, Respondent did not submit official results until December 3, 2020, which was after the December 2,2020 deadline.  Lastly, the document the Complainants relied upon to suggest the Respondent submitted official results on December 2, 2020, was a Batches Loaded Report; however, counties are not required to use those forms and the BLR is not used to report official results.  Respondents acknowledged BLR's were used in discussions about the discrepancy but only used as a reference in determining what the totals were and should have been, and in determining the cause of the discrepancy.  There is no record of the Respondent submitting official results to the SOS on December 2, 2020.

### Complaint #3

The allegation that Fulton County did not have records for 10 AV locations for the November 2020 General Election was **unsubstantiated**.  The Respondent provided documentation to establish the existence of all 10.

### Complaint #4

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 11

The allegation that Ryan Macias was not a contractor with the Fulton County Board of Elections and Registration was unsubstantiated. The Respondent provided a Memorandum of Understanding signed off by the County Attorney's Office and the County Manager's Office approving Ryan Macias to serve as a consultant for Respondent during the 2020 Election cycle.

## POTENTIAL VIOLATIONS:

### Fulton County Board of Elections and Registration

There is sufficient evidence to suggest Respondent violated of SEB Rule 183-1-15-.03 (Recount Procedure) when Respondent failed to ensure the Recount was completed through a precise, controlled process that ensured, for each ballot scanner used in the recount, no more than one ballot container was unsealed at any given time, and failed to ensure a clear audit trail was maintained at all times during the Recount.

SEB Board Rule 183-1-15-.03(1)(e) states:

> The tabulation of ballots must be completed through a precise, controlled process that ensures, for each ballot scanner used in the recount, no more than one ballot container is unsealed at any given time.

SEB Board Rule 183-1-15-.03(1)(f) states, in part:

> A clear audit trail must be maintained at all times during the recount…

## EXHIBITS:

1) Complaint
2) Witness List
3) Post Election Executive Summary, dated January 12, 2021, Seven Hills Strategies
4) Performance Review Board Report on Fulton County Elections, dated January 13, 2022
5) Printout of Official Election Night results for the November 2020 General Election
6) Fulton County final Batch Loaded Report, December 2020 Machine Recount
7) December 2020 Machine Recount upload printout, December 3, 2020, at 12:16 a.m. with corresponding results report.
8) December 2020 Machine Recount upload printout, December 3, 2020, at 11:04 p.m. with corresponding results report.

ROI: Fulton County Tabulator Results 2020
SEB2023-025
Page | 12

9) December 2020 Machine Recount upload printout, December 4, 2020, at 12: p.m. with corresponding results report.
10) Breakdown of Tabulator 816 containing the 21,798 rejected ballots in question
11) Fulton County 2020 Recount Ballot Images totaling 518,960 images.
12) Moncla email correspondence Re: Scanning Process
13) Copy of results tapes for
    a. AV State Farm ICP  3
    b. AV State Farm ICP 10
    c. AV State Farm ICP 11
    d. AV Ponce De Leon ICP 3
    e. AV Johns Creek ENV Campus ICP 2
    f. AV South Fulton Service Center ICP 3
14) Memorandum of Understanding between Fulton County Board of Elections and Registration and The Elections Group/Ryan Macias