

# STATE ELECTION BOARD

WHEREAS, the General Assembly of Georgia, as the State Legislature of Georgia, has charged the State Election Board with the duty to "promulgate rules and regulations as to obtain uniformity in the practices and procedures" for all primaries and elections in Georgia as well as "the legality and purity" of those elections under OCGA§21-2-31(1); and

WHEREAS, the Board is also charged to investigate or have investigated the administration of primary and election laws and fraud and irregularities and primaries and elections in Georgia under OSGA§21-2-31(5); and

WHEREAS, the board is charged to take other action, consistent with law, as the Board may determine to be conductive to the fair, legal, and orderly conduct of primaries and elections in Georgia under OCGA§21-2-31(10); and

WHEREAS, considering the foregoing, elections in Georgia include both state and local elections and federal elections, and the U.S. Constitution further protects the voting rights of all the citizens of Georgia in a nondiscriminatory and equal manner and requires that elections be conducted uniformly in all counties to ensure equal protection of those rights;

WHEREAS, the Board relies on assistance from other state actors, including the Attorney General and the Secretary of State to assist it in the conduct of its operations and the Secretary of State is charged with assisting the Board under OCGA§21-2-33.1(h) and the Attorney General is charged with providing independent and effective assistance of counsel to the Board without conflicts of interest that might impair its abilities;

WHEREAS, the Board has heard complaints of potential violations of both Georgia and federal election law over the last few years and the investigations of some complaints, including SEB2023-025, are still incomplete with respect to basic documents required be law to be maintained, despite the extensive efforts of the Board to exhaust all remedies available to it, including the lack of a response to a subpoena issued by the Board issued to Fulton County;

NOW, THEREFORE, BE IT RESOLVED that the Board calls on the assistance of the Secretary of State to assist it as fully as possible and suggests that the Secretary of State and the Attorney General seek the assistance of appropriate local authorities or federal authorities, including the Department of Justice, to take any action necessary to bring a prompt resolution of these issues, including obtaining all necessary voting records and documents.

*Adopted by the Georgia State Election Board on July 30, 2025.*