## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBERT L. "ROBB" PITTS, CHAIRMAN,
FULTON COUNTY BOARD OF
COMMISSIONERS; FULTON COUNTY
BOARD OF REGISTRATION AND
ELECTIONS; FULTON COUNTY, GEORGIA;
and CHE ALEXANDER, CLERK OF COURT,

Petitioners,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil Action No.
1:26-CV-00809-JPB

## AFFIDAVIT REGARDING
## PETITIONERS' SUPPLEMENTAL EVIDENCE

In accordance with 28 U.S.C. § 1746, I, Sara Lamiette, state that on this date I have reviewed the web pages at the URLs listed in Petitioners' Supplemental Evidence (the "Supplement") and the videos associated with those URLs, a digital copy of which will be submitted to the Court in connection with that filing. The depictions of the content identified in the Supplement are true and correct to the best of my knowledge.

Dated: April 27, 2026

/s/ Sara Lamiette
Sara Lamiette, Rapid Response Paralegal
Democracy Defenders Fund
600 Pennsylvania Avenue, SE#1580
Washington, D.C., 20003

1