## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, Fulton County, Georgia, and Che Alexander, Clerk of Fulton County Superior Court, <br><br> *Petitioners*, <br><br> v. <br><br> United States of America, <br><br> *Respondent*. | Case No. 1:26-CV-00809-JPB |

## UNITED STATES OF AMERICA'S
## NOTICE IN RESPONSE TO ORDER

In response to the Court's order requiring the United States to disclose certain details regarding the origins of its ongoing criminal investigation, based on information provided by pertinent persons within the Department, and without waiving any and all applicable privileges and protections, the undersigned can provide the following information:

In response to inquiry 1: Kurt Olsen formally referred the criminal investigation to the FBI no later than January 5, 2026, at 9:03 AM EST, which is when the Special Attorney to the Attorney General listed below received a copy of the referral. According to PACER, the motion to dismiss in the civil litigation was filed on January 5, 2026, at 8:36 PM EST.

In response to inquiry 2: FBI investigations may progress through several formal levels. Here, Agent Evans's supervisor opened an "assessment" on January 6, 2026. That is when investigative activity pursuant to an authorized purpose began, and Agent Evans was assigned to the case at that point. Agent Evans requested the matter be opened as a full investigation on January 12, 2026. That request was approved by the special agent in charge of the Atlanta field office on January 14, 2026.

In response to inquiry 4: On January 19, 2026, Special Agent Evans drafted an investigative summary based on witness interviews and other evidence

1

gathered to date, which he converted into search warrant affidavit format beginning January 22, 2026.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

THOMAS C. ALBUS
*Special Attorney to the Attorney General*
*and United States Attorney for the*
*Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

A. TYSEN DUVA
*Assistant Attorney General – Criminal*
*Division*

R. TRENT MCCOTTER
*Principal Associate Deputy Attorney*
*General*

/s/ MICHAEL WEISBUCH
MICHAEL WEISBUCH
*Senior Counsel to the Associate Attorney*
*General*

PETER L. COOCH
*Trial Attorney/Senior Counsel, Criminal*
*Division*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

> */s/* MICHAEL WEISBUCH
> MICHAEL WEISBUCH
> *Senior Counsel to the Associate Attorney*
> *General*