

DEAR JUDGE BOULEE
THANK YOU FOR REQUIRING
THE FBI TO ANSWER
QUESTIONS ABOUT WHY
THEY SEARCHED THE
ELECTORAL OFFICES IN
FULTON COUNTY & SEIZED
HUNDREDS OF BALLOTS.
THANK YOU FOR
DEMANDING ACCOUNTABILITY
YOU ARE A JUSTICE HERO!

Thank you

CLEARED DATE

MAY 04 2026

U.S. Marshals Service
Atlanta, GA 30303

US DISTRICT JUDGE
JP BOULEE
RICHARD B. RUSSELL
FEDERAL BUILDING &
US COURTHOUSE
75 TED TURNER DRIVE
SW
ATLANTA GA 30303.

UNITED STATES
OF AMERICA
FOREVER/USA

StonehouseCollection.com
©Karsten Enterprises