# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| Robert L. Pitts, Chairman, Fulton County Board of Commissioners, Fulton County Board of Registration and Elections, Fulton County, Georgia, and Che Alexander, Clerk of Fulton County Superior Court,<br><br>     *Petitioners*,<br><br>     v.<br><br>United States of America,<br><br>     *Respondent*. | Case No. 1:26-CV-00809-JPB |

## UNITED STATES OF AMERICA'S
## NOTICE OF FILING

In response to the Court's order (Doc. # 102) directing the United States to file search warrant affidavits with no redactions except for the name of witness 10, the affidavits are attached as exhibits to this notice.

Respectfully submitted,

R. TRENT MCCOTTER
*Principal Associate Deputy Attorney General*

STANLEY E. WOODWARD, JR.
*Associate Attorney General*

/s/ MICHAEL WEISBUCH
MICHAEL WEISBUCH
*Senior Counsel to the Associate Attorney General*

THOMAS C. ALBUS
*Special Attorney to the Attorney General and United States Attorney for the Eastern District of Missouri*
Missouri Bar No. 46224
Thomas Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

1