**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PITTS, ET AL.,

                Plaintiffs,

vs

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION FILE NO.

1:26-CV-00809-JPB

## JUDGMENT

This action having come before the Court, Honorable J. P. Boulee, United States District Judge, for consideration of Petitioners' Amended Motion for Return of Property pursuant to Federal Rule of Criminal Procedure 41(g) [Doc. 30], and this Court having denied the motion, it is hereby **ORDERED AND ADJUDGED** that this action be **DISMISSED** in favor of Defendants.

Dated at Atlanta, Georgia, this 7th day of May, 2026.

                KEVIN P. WEIMER
                CLERK OF COURT


        By:  s/G.Ward_____
             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 7, 2026
Kevin P. Weimer
Clerk of Court