

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:**  Michael Weisbuch and A. Tysen Duba, Attorneys for Respondents

**FROM:**  Gayle Ward  , Deputy Clerk

**DATE:**  6/10/2026

**CASE NO.:**  1:26-cv-00809-JPB
Pitts et al v. United States of America

**SUBJECT:**  RECLAMATION AND DISPOSITION OF AUDIO/VIDEO EXHIBITS

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the audio/visual exhibits [ 87 ] from the motion hearing held in the above styled case will be disposed of if you have not recovered the same within 30 days from the date of this Notice.

Please date and sign this Notice to acknowledge receipt and indicate how the exhibits should be handled. If you are an electronically registered attorney, please electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading. If you are not an electronically registered attorney, please file this form with the clerk's office in paper.

*(To minimize your wait time when picking up exhibits, please allow for a minimum of 24 hours from the time you file the Notice to the time you come to the clerk's office to retrieve the exhibits.)*

**Receipt of this Notice is hereby acknowledged.** *Michael Weisbuch, NLC*
(Signature)

☑ **Exhibits will be picked up no later than** 7/10/26
(Date)

☐ **Exhibits may be destroyed.** _____
(Initials)

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Exhibits Received by:** _A. Schuttke_
(Signature)

This 8th day of July , 2026.



**U.S. Department of Justice**

Office of the Associate Attorney General

_Washington, D.C. 20530_

July 6, 2026

**VIA EMAIL**

Andrea Schulke
Legal Assistant
United States Attorney's Office
  for the Northern District of Georgia
75 Ted Turner Dr. SW, Suite 600
Atlanta, Georgia 30303
Email: andrea.schulke@usdoj.gov

> Re:   *Pitts et al. v. USA*, 26-CV-00809-JPB (N.D. Ga.)
>        Authorization to Retrieve Audio/Video Exhibits

Dear Ms. Schulke:

Pursuant to the Court's Notice to Counsel of Record and Parties regarding Reclamation and Disposition of Audio/Video Exhibits, see Dkt. No. 110, as counsel of record in the above-captioned case, I write to authorize you to retrieve from the Court the video exhibits from the March 27, 2026 hearing on the government's behalf.

Regards,

/s/_____
Michael Weisbuch
Senior Counsel
United States Department of Justice
Office of the Associate Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530
Email: Michael.Weisbuch@usdoj.gov